# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,172,995

## United States Patent and Trademark Office

Registered Oct. 13, 1981

## TRADEMARK
### Principal Register



Allen-Bradley Company (Wisconsin corporation)
1201 S. Second St.
Milwaukee, Wis. 53204

For: PROGRAMMABLE CONTROLLERS AND NUMERICAL CONTROLLERS FOR USE IN A MYRIAD OF INDUSTRIAL AND COMMERCIAL APPLICATIONS, in CLASS 9 (U.S. Cl. 26).

First use Sep. 1960; in commerce Sep. 1960.
Owner of U.S. Reg. Nos. 693,780 and 696,401.

Ser. No. 261,502, filed May 9, 1980.

G. T. GLYNN, Primary Examiner

# EXHIBIT 2

## PRINCIPAL REGISTER
### Trademark

Ser. No. 77,414, filed July 10, 1959



Allen-Bradley Company (Wisconsin corporation)
136 W. Greenfield Ave.
Milwaukee 4, Wis.

For: PRESSURE, TEMPERATURE, AND/OR TIME RESPONSIVE SWITCHES, in CLASS 26.
First use Feb. 14, 1958; in commerce Feb. 14, 1958.
Owner of Reg. Nos. 185,662, 577,511, and others.

# EXHIBIT 3

## PRINCIPAL REGISTER
### Trademark

Ser. No. 77,413, filed July 10, 1959



Allen-Bradley Company (Wisconsin corporation)
136 W. Greenfield Ave.
Milwaukee 4, Wis.

For: MOTOR CONTROLS AND COMPONENTS FOR ELECTRICAL CIRCUITS AND MOTOR CONTROLS COMPRISING: SWITCHES, STARTERS, CONTACTORS, SOLENOIDS, RELAYS, ROTARY SWITCHES, SPEED REGULATORS, RHEOSTATS, PUSH BUTTONS, CONTROL STATION UNITS, CONTROL CENTERS AND PANELS, AND PARTS THEREFOR; AND ELECTRONIC CIRCUIT COMPONENTS COMPRISING: FIXED AND VARIABLE RESISTORS, CAPACITORS, AND INDUCTORS, in CLASS 21.

First use Feb. 14, 1958; in commerce Feb. 14, 1958.
Owner of Reg. Nos. 185,662, 577,511, and others.



# EXHIBIT 4

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,172,994

United States Patent and Trademark Office     Registered Oct. 13, 1981

TRADEMARK
Principal Register

ALLEN-BRADLEY

Allen-Bradley Company (Wisconsin corporation)
1201 S. Second St.
Milwaukee, Wis. 53204

For: PROGRAMMABLE CONTROLLERS AND NUMERICAL CONTROLLERS FOR USE IN A MYRIAD OF INDUSTRIAL AND COMMERCIAL APPLICATIONS, in CLASS 9 (U.S. Cl. 26).

First use Sep. 1960; in commerce Sep. 1960.
Owner of U.S. Reg. Nos. 712,800 and 712,836.

Ser. No. 261,500, filed May 9, 1980.

G. T. GLYNN, Primary Examiner

# EXHIBIT 5

## PRINCIPAL REGISTER
### Trademark

Ser. No. 103,889, filed Sept. 6, 1960

# ALLEN-BRADLEY

Allen-Bradley Company (Wisconsin corporation)
136 W. Greenfield Ave.
Milwaukee 4, Wis.

For: MOTOR CONTROLS AND COMPONENTS FOR ELECTRICAL CIRCUITS AND MOTOR CONTROLS COMPRISING: SWITCHES, STARTERS, CONTACTORS, SOLENOIDS, RELAYS, ROTARY SWITCHES, SPEED REGULATORS, RHEOSTATS, PUSH BUTTONS, CONTROL STATION UNITS, CONTROL CENTERS AND PANELS, AND PARTS THEREFOR; AND ELECTRONIC CIRCUIT COMPONENTS COMPRISING: FIXED AND VARIABLE RESISTORS, CAPACITORS, AND INDUCTORS, in CLASS 21.

First use February 1909; in commerce February 1909.
Owner of Reg. No. 185,662.

# EXHIBIT 6

## PRINCIPAL REGISTER
### Trademark

Ser. No. 103,890, filed Sept. 6, 1960

## ALLEN-BRADLEY

Allen-Bradley Company (Wisconsin corporation)
136 W. Greenfield Ave.
Milwaukee 4, Wis.

For: PRESSURE, TEMPERATURE, AND/OR TIME
RESPONSIVE SWITCHES, in CLASS 26.
First use 1919; in commerce 1919.
Owner of Reg. No. 185,662.

JUL -7 1966

COMB. AFF. SEC 8 & 15

# EXHIBIT 7

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

United States Patent and Trademark Office

Reg. No. 2,510,226
Registered Nov. 20, 2001

## TRADEMARK
### PRINCIPAL REGISTER

# ROCKWELL AUTOMATION

ROCKWELL INTERNATIONAL CORPORATION
(DELAWARE CORPORATION)
777 EAST WISCONSIN AVENUE
SUITE 1400
MILWAUKEE, WI 53202

FOR: ELEVATING AND CONVEYING MACHIN-
ERY AND POWER TRANSMISSION MACHINERY,
NAMELY, SHAFT SUPPORTS, SHAFT HANGERS,
BEARINGS, SHAFT COUPLINGS, COLLARS, CLUT-
CHES, GEARS, SHEAVES, SPROCKETS, PULLEYS,
ELECTRIC MOTORS, AND PARTS THEREOF, IN
CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 8-8-1994; IN COMMERCE 8-8-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "AUTOMATION", APART FROM
THE MARK AS SHOWN.

SER. NO. 76-211,973, FILED 2-16-2001.

KIMBERLY FRYE, EXAMINING ATTORNEY

# EXHIBIT 8

Int. Cls.: 35, 37, 41 and 42

Prior U.S. Cls.: 100, 101, 102, 103, 106 and 107

United States Patent and Trademark Office

Reg. No. 2,671,196

Registered Jan. 7, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# ROCKWELL AUTOMATION

ROCKWELL INTERNATIONAL CORPORATION (DELAWARE CORPORATION)
777 EAST WISCONSIN AVENUE, SUITE 1400
MILWAUKEE, WI 53202

FOR: BUSINESS CONSULTATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-8-1994; IN COMMERCE 12-13-1945.

FOR: INSTALLATION, REPAIR AND MAINTE-NANCE OF MACHINERY AND EQUIPMENT HARDWARE USED IN THE INDUSTRIAL AUTO-MATION AND BUILDING MAINTENANCE FIELDS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-8-1994; IN COMMERCE 12-13-1945.

FOR: TRAINING IN THE USE OF MACHINERY, EQUIPMENT, HARDWARE AND ASSOCIATED SOFTWARE USED IN THE INDUSTRIAL AUTO-MATION AND BUILDING MAINTENANCE FIELDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-8-1994; IN COMMERCE 12-13-1945.

FOR: DESIGN FOR OTHERS, CONSULTING SERVICES, ENGINEERING SERVICES AND COM-PUTER PROGRAMMING SERVICES IN THE FIELDS OF INDUSTRIAL AUTOMATION AND BUILDING MAINTENANCE; TECHNICAL SUP-PORT SERVICES, NAMELY TROUBLE SHOOTING OF COMPUTER HARDWARE AND SOFTWARE PROBLEMS VIA TELEPHONE, EMAIL, ELECTRO-NICALLY AND IN PERSON; INSTALLATION, RE-PAIR AND MAINTENANCE OF COMPUTER SOFTWARE USED IN THE INDUSTRIAL AUTO-MATION AND BUILDING MAINTENANCE FIELDS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-8-1994; IN COMMERCE 12-13-1945.

OWNER OF U.S. REG. NOS. 646,484, 2,510,226 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTOMATION", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-213,480, FILED 2-16-2001.

KIMBERLY FRYE, EXAMINING ATTORNEY

# EXHIBIT 9

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,701,786

United States Patent and Trademark Office     Registered Apr. 1, 2003

## TRADEMARK
## PRINCIPAL REGISTER

# ROCKWELL AUTOMATION

ROCKWELL INTERNATIONAL CORPORATION (DELAWARE CORPORATION)
777 EAST WISCONSIN AVENUE SUITE 1400
MILWAUKEE, WI 53202

FOR: ELECTRICAL AND ELECTRONIC CONTROLS AND SYSTEMS NAMELY, INDUSTRIAL CONTROL AND BUILDING MAINTENANCE SYSTEMS NAMELY, PROGRAMMABLE LOGIC CONTROLLERS, INPUT/OUTPUT DEVICES, INCLUDING ANALOG AND DIGITAL INPUT/OUTPUT DEVICES; FOR USE IN THE FIELD OF INDUSTRIAL CONTROL AND BUILDING MAINTENANCE; MOTOR DRIVES, MOTION CONTROLLERS, SERVO DRIVES, INDUSTRIAL COMPUTERS AND WORKSTATIONS, NAMELY A COMPUTER MONITOR, KEYBOARD AND MOUSE, OPERATOR INTERFACE DEVICES, NAMELY OPERATOR TERMINALS AND OPERATOR MONITORS, MESSAGE DISPLAYS, ALPHA/NUMERIC DISPLAYS, TOUCH SCREENS, AND PUSH BUTTON DISPLAYS; CIRCUIT PROTECTION DEVICES, NAMELY DISCONNECTS, OVER LOAD RELAYS, CONTACT SWITCHES, AND CIRCUIT BREAKERS; WIRING SYSTEMS, NAMELY SPECIALIZED CABLE AND CONNECTORS ASSEMBLIES; PUSH BUTTONS, TOUCH BUTTONS, RELAY, TIMERS, SIGNALING DEVICES NAMELY STACKABLE TOWER LIGHTS AND SOUND MODULES; TERMINAL BLOCKS, NETWORK COMMUNICATION DEVICES, NAMELY ELECTRONIC INTERFACES, AND CIRCUIT BOARDS; MOTOR CONTROL CENTERS, MOTOR STARTERS INCLUDING SOLID STATE AND MANUAL STARTERS, CONTRACTORS, OVER LOAD RELAYS, MOTOR AND LINE PROTECTION DEVICES, NAMELY CURRENT RELAYS, THERMISTOR PROTECTION RELAYS, CONTROL CIRCUIT TRANSFORMERS, TRIP CURRENT RELAYS, LINE VOLTAGE AND LINE CURRENT MONITORS, ARCING GROUND FAULT SENSORS, ARCING GROUND FAULT RELAYS AND CONTROL CIRCUIT TRANSFORMERS; EMERGENCY STOP DEVICES, NAMELY PUSH BUTTONS, TRIP SWITCHES, LIGHT CURTAINS, TOUCH CABLES, AND INTERLOCK SWITCHES; SAFETY FLOOR MATS; SENSORS, NAMELY PHOTO ELECTRIC SENSORS, INDUCTIVE, CAPACITIVE AND ULTRASONIC PROXIMITY SENSORS, LIMIT SWITCHES, ENCODERS, SPEED SENSORS, PRESSURE SENSORS, TEMPERATURE SENSORS AND SAFETY SWITCHES; COMPUTER SOFTWARE FOR PROVIDING HUMAN MACHINE INTERFACE AND VISUALIZATION, COMMUNICATIONS OVER A NETWORK AND BETWEEN APPLICATION PROGRAMS, INFORMATION MANAGEMENT, LOGIC PROGRAMMING, SCHEDULING, SIMULATION VALIDATION, ARCHIVING, LOGIC AND PROCESSED CONTROL, COMPUTER SOFTWARE FOR USE IN THE DESIGN, OPERATION AND MAINTENANCE OF INDUSTRIAL AUTOMATION PROCESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-8-1994; IN COMMERCE 8-8-1994.

OWNER OF U.S. REG. NOS. 1,022,934, 1,024,879 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AUTOMATION", APART FROM THE MARK AS SHOWN.

SER. NO. 76-211,967, FILED 2-16-2001.

KIMBERLY FRYE, EXAMINING ATTORNEY

# EXHIBIT 10

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 2,412,742**

## United States Patent and Trademark Office   Registered Dec. 12, 2000

### TRADEMARK
#### PRINCIPAL REGISTER

## CONTROLLOGIX

ALLEN-BRADLEY COMPANY, LLC (DELAWARE
  LIMITED LIABILITY COMPANY)
1201 SOUTH SECOND STREET
INTELLECTUAL PROPERTY DEPT. 704P
MILWAUKEE, WI 53204 BY MERGER; BY MERGER
  ALLEN-BRADLEY COMPANY, INC. (WISCONSIN
  CORPORATION) MILWAUKEE, WI 53204

   FOR: FACTORY AUTOMATION COMPUTER
HARDWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).
   FIRST USE 8–27–1998; IN COMMERCE 8–27–1998.

   SN 75–239,936, FILED 2–11–1997.

RUSS HERMAN, EXAMINING ATTORNEY