UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., : | |
| : | |
| Plaintiff, : | |
| v. : | C.A.No.: |
| : | |
| : | **JURY DEMAND** |
| PARCORP S.R.L. d/b/a WI AUTOMATION, : | |
| : | |
| Defendant. : | |

## PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for plaintiff Rockwell Automation, Inc., in compliance with Fed. R. Civ. P. 7.1, states that Rockwell Automation, Inc. has no parent corporations and that no publicly held corporation or affiliate owns ten percent or more of its stock.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel: (302) 472-7311
dgattuso@hegh.law

*Attorneys for Plaintiffs*

OF COUNSEL:

Paul Tanck
Neal McLaughlin
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
paul.tanck@alston.com
neal.mclaughlin@alston.com

Dated: August 27, 2021

1