1:21-cv-01238-CFC
Rockwell Automation, Inc. v. Parcorp s.r.l.

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Insured Parcel (Colis avec valeur déclarée) |
|---|---|---|
| Article Number: RF 339 054 201 US | | (valeur déclarée) |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |
| Name of Person or Firm Receiving the Article (Nom ou raison sociale du destinataire) Fulvio Coppola  Parcorp S.r.L. | | |
| Street and No. (Rue et no.) 9 Via Madame De Staël | | |
| Place and Country (Localité et pays) 80070 Bacoli (NA), Italy | | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Signature of Addressee (Signature du destinataire)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, July 2013 (Reverse) PSN 7530-01-000-9775    21 cv 1238    UNITED STATES POSTAL SERVICE®