# Exhibit C

3/16/22, 12:35 PM John M. Miller — Chief Intellectual Property Counsel and Vice President at Rockwell Automation | Comparably

Case 1:21-cv-01238-GBW-JLH Document 323 Filed 08/16/22 Page 2 of 6 PageID #: 237

**Companies**  Brands  Salaries  News  Awards  🔍 Search...

**Learn about Comparably's Employer Brand Solutions**
Get Started

For Employers  Login  Sign Up

Exec, HR Leader, or Brand Manager?
**Claim This Page**



# Rockwell Automation

Rockwell Automation is the world's largest company dedicated to industrial automation and information, makes its...
read more



| EMPLOYEE PARTICIPANTS | **1286** TOTAL RATINGS |

CEO
**Blake Moret**



Overview  Culture  **Leadership**  Reviews 100+  Salaries 26  Jobs  Competitors 5  Interviews  Q&A 75+

Home › Companies › Rockwell Automation › Leadership › Executive Team › John M. Miller

Rate This Company



This website uses cookies to improve your experience. By continuing, you consent to the placement of these cookies. Read our **Privacy Policy** to learn more.

ACCEPT

3/16/22, 12:35 PM                                John M. Miller | Chief Intellectual Property Counsel and Vice President at Rockwell Automation | Comparably

Case 1:21-cv-01238-GBW-JLH   Document 323   Filed 08/16/22   Page 3 of 6 PageID #: 238

Companies | Brands | Salaries | News | Awards | Search...

For Employers | Login | Sign Up

Mr. John M. Miller has been Vice President and Chief Intellectual Property Counsel at Rockwell Automation Inc. since October 2004. Mr. Miller is responsible for managing all intellectual property matters on behalf of Rockwell Automation which include securing protection for its intellectual assets and litigation. He serves as Associate Intellectual Property Counsel of Rockwell Automation. Mr. Miller also serves as the president of Rockwell Automation Technologies, LLC, a subsidiary of Rockwell Automation, Inc. Since Rockwell Automation Technologies formation in 2001, he remained active in monetizing RA Tech's IP portfolio and negotiating licenses that are strategic to Rockwell Automation. He served as a Director of AltaSens, Inc. since January 25, 2007. Mr. Miller graduated from Manhattan College with a B.S. in electrical engineering and earned his M.S. in electrical engineering, with honors from University of Florida. Mr. Miller received his J.D. He later obtained an L.L.M. in intellectual property at John Marshall Law School.

read less

### Executive Team Culture Ratings from Rockwell Automation Employees





**TOP 25%**

Rockwell Automation's Executive Team scores in the Top 25% of similar sized companies on Comparably

See Detailed Executive Team Ratings

**Do you approve of the job your executive team is doing at your company?**
**73%** Yes

### Who ranks the Executive Team the highest?

Experience - 6 to 10 Years  **81**/100

Ethnicity - Hispanic or Latino  **73**/100

Gender - Male  **72**/100

This website uses cookies to improve your experience. By continuing, you consent to the placement of these cookies. Read our Privacy Policy to learn more.

ACCEPT

Companies  Brands  Salaries  News  Awards  Search…

For Employers   Login   Sign Up

### Rockwell Automation's Executive Team at a Glance

Based on 75 ratings, Rockwell Automation's employees are satisfied with their Executive Team and give them a "B" or 71/100. On average, Men provided higher ratings for their Executive Team compared to Women. read more



**Positive Leadership Reviews**

What do you like best about the leadership team?



**Too focused on buzz words, but not on how to build effective teams or enable them to meet commitments**
Leadership review

**Leadership is key to success**
Leadership review

**Strong values , give autonomy to people**
Leadership review

**Great vision & Strategy for future**
Leadership review

**Collaborate and Support the team. Keep the team well informed about upcoming projects and support the training of resources.**
Leadership review



**Constructive Leadership Feedback**

What does the leadership team need to get better at?

**Transparency in how to get to next level job postion.**

This website uses cookies to improve your experience. By continuing, you consent to the placement of these cookies. Read our Privacy Policy to learn more.

ACCEPT

3/16/22, 12:35 PM                       John M Miller - Chief Intellectual Property Counsel and Vice President at Rockwell Automation | Comparably

Case 1:21-cv-01238-GBW-JLH   Document 323   Filed 08/16/22   Page 5 of 6 PageID #: 240

Companies   Brands   Salaries   News   Awards   Search…

For Employers   Login   Sign Up

> Stop mistreating workers and degrading women
> Leadership review from **Engineering Dept**

© 2022
Contact Us

### Our Company
About Us
Blog
Careers
Press
Terms of Service
Copyright
DMCA Request
Privacy Policy
Community Guidelines
FAQs

### Product
Companies
Salaries
Studies
Articles
Q&A
Culture
Equity Calculator
Culture Videos
Product Videos
Slack Integration
API

### Employers
Employer Brand Tools

### Recent Data
New Company Reviews

This website uses cookies to improve your experience. By continuing, you consent to the placement of these cookies. Read our Privacy Policy to learn more.

ACCEPT

3/16/22, 1:23 PM                    John M. Miller – Chief Intellectual Property Counsel and Vice President at Rockwell Automation | Comparably

Case 1:21-cv-01238-GBW-JLH   Document 323   Filed 03/16/22   Page 6 of 6 PageID #: 241

Companies    Brands    Salaries    News    Awards    Search...

Diversity Report

Earnings Calls

For Employers    Login    Sign Up

*Transparent and Rewarding Work*



This website uses cookies to improve your experience. By continuing, you consent to the placement of these cookies. Read our Privacy Policy to learn more.

ACCEPT