IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARCORP S.R.L. d/b/a WI AUTOMATION, <br><br> Defendant. | C.A. No. 21-1238-CFC-JLH |

**DECLARATION OF JOHN MILLER, ESQ. IN SUPPORT OF ROCKWELL AUTOMATION, INC.'S OPPOSITION TO DEFENDANT'S LETTER MOTION OF MARCH 16, 2022 (D.I. 32)**

I, John Miller, Esq. hereby declare as follows:

1. I am an attorney admitted to practice law in the States of Wisconsin and Florida. I am VP and Chief IP Counsel for Plaintiff Rockwell Automation, Inc. ("Rockwell"). I have personal knowledge of the matters set forth in this declaration. If I am called to testify I could and would testify competently to these matters under oath.

2. I have been employed at Rockwell since October of 1995 and am based at their Milwaukee, WI headquarters. My primary residence is in Mequon, WI.

3. Rockwell is a manufacturer of industrial automation technology products and owns registrations for trademarks associated with its products such as Allen-Bradley®, A-B®, Rockwell Automation®, and ControlLogix®.

4. As Rockwell's Chief IP Counsel, my duties are strictly legal in nature. My role is to: (a) advise Rockwell on the best methods and manner to minimize legal risks to Rockwell; (b) manage the development, maintenance and policing of Rockwell's intellectual property rights and to advise as to the legality of intellectual property issues; (c) supervise all Rockwell intellectual

1

property litigation matters in state and federal courts; and (d) ensure Rockwell's compliance with all applicable laws and regulations.

5. I do not render advice on or participate in any of Rockwell's decisions regarding product pricing, sales, marketing, design, or production, whether in isolation or in light of similar or corresponding information about any industrial automation technology manufacturer competitor.

6. I am not a member of Rockwell's board, am not its corporate secretary and do not direct Rockwell's business strategy.

7. Rockwell Automation Technologies, Inc. is an intellectual property holding and licensing entity, focusing primarily on patents related to Rockwell's products.

8. In my role managing this litigation for Rockwell, I am the primary point of contact at Rockwell for Rockwell's lawyers at Alston & Bird LLP and Heyman Enerio Gattuso & Hirzel LLP who have appeared in this litigation. I am responsible for receiving requests that they may have for information held by Rockwell that is relevant to this litigation and working within Rockwell to obtain such information for their use.

9. I am the only member of Rockwell's legal department that has the responsibility of recommending settlement terms with respect to this litigation to Rockwell. Rockwell exclusively relies on me to make informed settlement recommendations. To make any such recommendation, I need to be able to consider all relevant information, including that which Parcorp has indicated it deems highly confidential, to weigh any settlement against the potential recovery, based on the available evidence relevant to the claims and defenses, if this case proceeds to trial.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  March 21, 2022.

                                                                                      John Miller, Esq.