IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 21-1238-CFC |
| PARCORP S.R.L. d/b/a WIAUTOMATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2022, a copy of the following was served on the persons listed below in the manner indicated:

1) Deposition Notice of John Miller

2) Deposition Notice of Ryan Smaglik

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO &
HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

Neal J. McLaughlin
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com

PLEASE TAKE FURTHER NOTICE that on August 12, 2022, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

Dated: August 12, 2022

OF COUNSEL:
Bob Kasolas
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 403-3139
bkasolas@bracheichler.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Defendant*