IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1238-GBW-JLH |
| PARCORP S.R.L. d/b/a WI AUTOMATION, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

WHEREAS the Court resolved the parties' disputes during a discovery hearing on November 17, 2022, and thereafter ordered the parties to submit a stipulation to amend the Scheduling Order (D.I. 21) in accordance with the Court's rulings at the hearing. (D.I. 115.)

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the deadline for the close of fact discovery in the Scheduling Order (D.I. 21, ¶3.a.) is extended from October 14, 2022 until December 31, 2022 solely for the purpose of taking the fact depositions listed below on the dates set forth herein.

| Plaintiff's Witnesses | Dates |
|---|---|
| Rockwell (R. Smaglik) - Rule 30(b)(6) | December 16, 2022 (8:00 am eastern start time) |
| Ryan Smaglik – Rule 30(b)(1) | December 19, 2022 (7:00 am eastern start time) |
| **Defendant's Witnesses** | **Dates** |
| Luigi Scotto di Carlo | November 29 & December 1, 2022 (8:00 am eastern start time) |
| Pasquale Danilo Schiano Di Cola | December 1 (9:00 am eastern start time) & December 2, 2022 (8:00 am eastern start time) |
| Luca Coppola | December 6 & 7, 2022 (8:00 am eastern start time) |
| Porfirio Parascandola Ladonea | December 13 & 15, 2022 (8:00 am eastern start time) |
| Parcorp - Rule 30(b)(6) (F. Coppola) | December 20-21, 2022 (8:00 am eastern start time) |
| Fulvio Coppola – Rule 30(b)(1) | December 21-22, 2022 (8:00 am eastern start time) |

No other fact discovery shall be taken absent a further Order of this Court.

IT IS HEREBY FURTHER STIPULATED by the parties to this action, subject to the approval of the Court, that the dates for the disclosure of expert testimony in the Scheduling Order (D.I. 21, ¶10.a.) are amended as follows:

| Expert Discovery | Current Date | New Date |
|---|---|---|
| Opening Expert Reports | November 18, 2022 | January 6, 2023 |
| Rebuttal Expert Reports | January 6, 2023 | February 3, 2023 |
| Reply Expert Reports | January 27, 2023 | February 17, 2023 |
| Deadline for Completion of Expert Depositions | February 17, 2023 | March 3, 2023 |

No other dates in the Scheduling Order shall be amended absent a further Order of this Court.

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Dominick T. Gattuso* | */s/ Pilar G. Kraman* |
| Dominick T. Gattuso (No. 3630) | Pilar G. Kraman (No. 5199) |
| 300 Delaware Ave., Suite 200 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 472-7311 | Wilmington, DE 19801 |
| dgattuso@hegh.law | (302) 571-6600 |
| | pkraman@ycst.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: November 22, 2022 | |

SO ORDERED this _____ day of_____, 2022.

_____
United States District Judge