IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 21-1238-GBW-JLH |
| | : | |
| | : | **JURY DEMAND** |
| PARCORP S.R.L. d/b/a WI AUTOMATION, | : | |
| | : | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | : | |
| Defendant. | : | Public Version Filed: March 24, 2023 |

# DECLARATION OF PAUL J. TANCK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ROCKWELL'S CLAIMS (COUNTS I, II, IV, AND V)

I, PAUL J. TANCK, ESQ., hereby declare:

1. I am an attorney with the firm of Alston & Bird LLP, in New York, NY. I am a member in good standing of the New York bar and was admitted to appear *pro hac vice* in this matter on September 1, 2021. Our firm represents Plaintiff Rockwell Automation Inc. ("Rockwell") in the above-captioned matter. I am making this declaration in support of Plaintiff's Motion for Summary Judgment on Counts I, II, IV and V.

2. Attached as **Exhibit 1** is a true and correct copy of Rockwell's 2022 Form 10-K, dated November 8, 2022. Highlighting has been applied for emphasis.

3. Attached as **Exhibit 2** are Abstracts of Title for the Asserted Trademarks retrieved from the website of the U.S. Patent and Trademark Office.

4. Attached as **Exhibit 3** are screenshots of the website of the U.S. Patent and Trademark Office acknowledging the incontestability of the Asserted Trademarks. Red boxes have been applied for emphasis.

5. Attached as **Exhibit 4** are selected pages from the deposition transcript of the December 21-22, 2022 deposition of Fulvio Coppola, Defendant's President, CEO, Rule 30(b)(6) designee, and partial owner. Also included is Exhibit 4 to the deposition. Highlighting has been applied for emphasis.

6. Attached as **Exhibit 5** is the January 6, 2022 Expert Report of David Franklyn. Highlighting has been applied for emphasis.

7. Attached as **Exhibit 6** is the transcript of the May 2, 2022 Hearing in this matter. Highlighting has been applied for emphasis.

8. Attached as **Exhibit 7** are selected pages from Defendant's August 5, 2022 Third Amended Responses to Plaintiff Rockwell Automation, Inc.'s First Set of Interrogatories. Highlighting has been applied for emphasis.

9. Attached as **Exhibit 8** is the February 17, 2023 Declaration of Mark Paliszewski.

10. Attached as **Exhibit 9** are selected pages from the deposition transcript of the December 6, 2022 deposition of Luca Coppola, Defendant's Warehouse Manager and partial owner. Highlighting has been applied for emphasis.

11. Attached as **Exhibit 10** is the transcript of the March 30, 2022 Hearing in this matter. Highlighting has been applied for emphasis.

12. Attached as **Exhibit 11** is a true and correct copy of the October 23, 2018 Initial Determination in ITC Investigation No. 337-TA-1074 ("the 1074 Investigation").

13. Attached as **Exhibit 12** is a true and correct copy of the ITC's April 23, 2019 Commission Opinion in the 1074 Investigation granting a General Exclusion Order.

14. Attached as **Exhibit 13** is the transcript of the June 15, 2022 Hearing in this matter.

15. Attached as **Exhibit 14** is the transcript of the November 17, 2022 Hearing in this matter.

16. Unless otherwise specified, this declaration is based on my personal knowledge.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 17, 2023                                         s/ Paul J. Tanck
                                                                                           Paul J. Tanck