IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1238-GBW-JLH |
| ) | |
| PARCOP S.R.L. d/b/a WI ) | |
| AUTOMATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER

WHEREAS a Scheduling Order was entered in this action by Chief Judge Connolly on February 14, 2022 (D.I. 21);

WHEREAS this action was reassigned to Judge Williams on September 7, 2022;

WHEREAS the parties agreed previously to comply with paragraphs 3(f)(ii) and 9 of Judge Williams' form Scheduling Order [Non-Patent; Jury Trial] for *Daubert* and summary judgment motions;

WHEREAS a jury trial is currently scheduled in this action from July 24, 2023 through July 28, 2023; and,

WHEREAS the parties have agreed, subject to the approval of this Court, to amend the Scheduling Order (D.I. 21) as set forth below to track the text in

paragraphs 11-14 of Judge Williams' form Scheduling Order [Non-Patent; Jury Trial].

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that paragraphs 13, 14, 18 and 19 of the Scheduling Order (D.I. 21) shall be amended by deleting paragraphs 13, 14, 18 and 19 in their entirety and replacing them with the following paragraphs:

13.    Pretrial Conference. On **July 13, 2023**, the Court will hold a pretrial conference in Court with counsel beginning at **3:00 p.m.** The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases on **June 30, 2023**. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d)(l)-(3) for the preparation of the joint proposed final pretrial order. The Court will advise the parties at or before the above-scheduled pretrial conference whether an additional pretrial conference will be necessary.

The parties shall provide the Court two (2) courtesy copies of the joint proposed final pretrial order and all attachments. The proposed final pretrial order shall contain a table of contents and the paragraphs shall be numbered.

14.    Motions *in Limine*. Motions *in limine* shall not be separately filed. All in limine requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to three (3) *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three (3) pages of argument, may be opposed by a maximum of three (3) pages of argument, and the party making the *in limine* request may add a maximum of one (1) additional page in reply in support of its request. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission (and, if the moving

party, a single one (1) page reply), unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

18.    Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47.1(a)(2) and 51.1 the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms by **June 30, 2023**. This submission shall be accompanied by a courtesy copy containing electronic files of these documents, in Microsoft Word format, which may be submitted by e-mail to gbw_civil@ded.uscourts.gov.

19.    Trial. This matter is scheduled for a five-day jury trial beginning at **9:30 a.m.** on **July 24, 2023**, with the subsequent trial days beginning at **9:30 a.m.** Until the case is submitted to the jury for deliberations, the jury will be excused each day at **5:30 p.m.** The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

No further amendments or modifications to the Scheduling Order shall be made without an order of this Court.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorney for Plaintiff*


Dated: April 17, 2023

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendant*


SO ORDERED this _____ day of April, 2023.


_____
United States District Judge