IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARCOP S.R.L. d/b/a )<br>WIAUTOMATION, )<br>)<br>Defendant. ) | C.A. No. 21-1238-GBW-JLH |

**KASOLAS DECLARATION IN SUPPORT OF DEFENDANT'S SUR-REPLY BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ROCKWELL'S CLAIMS (COUNTS I, II, IV, AND V)**

I, **BOB KASOLAS**, of full age hereby certify as follows:

1. I am an attorney and Member with the law firm of Brach Eichler LLC, counsel for Parcop s.r.l. d/b/a WiAutomation (WiAutomation") in the above-referenced action. I am licensed in the States of New Jersey and New York, and also licensed to practice in the District of New Jersey, Southern District of New York, Eastern District of New York, Second Circuit Court of Appeals, Third Circuit Court of Appeals and Supreme Court of the United States. Moreover, I am a Certified Trial Attorney certified by the New Jersey Supreme Court with the designation based upon my trial experience involving commercial and business matters.

2. Attached as **Exhibit A** is a true and accurate copy of select portions of

the December 20, 2022 deposition transcript of Ryan Smaglik, who Rockwell produced as its Rule 30(b)(6) representative and as a fact witness, in this action.

I hereby declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

/s/ Bob Kasolas, Esq.
Bob Kasolas, Esq.
Eric J. Boden, Esq.
BRACH EICHLER L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973-228-5700
Facsimile: 973-228-7852
*Attorneys for Defendant*

Dated: April 21, 2023

# Exhibit A

# Condensed Transcript/Concordance

---

## Rockwell Automation v. Parcorp

---

## Deposition of Ryan Smaglik

### December 20, 2022

D'Amico Certified Reporting
908-546-7650
damico.reporting@verizon.net

Ryan Smaglik
12/20/2022

419

1       12/20/22 - R. Smaglik
2    BY MR. KASOLAS:
3        A.   And I guess what my answer is is
4    it's not really -- I would -- I would -- I would
5    believe that -- so value added resellers, I
6    think, generally have engineering know-how, they
7    have some type of experience that's valuable to
8    their customers; that's why they exist, and to
9    be that extent, there's some level of
10   sophistication there.  But the beauty of the
11   value added resellers in many cases is in the
12   customer's eyes; they are the ones who are
13   choosing that value added reseller to that
14   particular application to delivery of a machine
15   or system that meets their needs.
16       Q.   So the customers is relying on the
17   value added reseller for delivery of the machine
18   that the customer needs, correct?
19       A.   It's the customer's -- it goes to an
20   OEM, because they require a machine that does
21   something that's of some importance to them, is
22   my experience.
23       Q.   And the value added resellers, it's
24   really up to them how they conduct their
25   businesses and who they buy products from,

420

1       12/20/22 - R. Smaglik
2    correct?
3            MR. TANCK:  Objection to form.
4    BY MR. KASOLAS:
5        A.   The value added resellers generally
6    in my experience buy products from all sorts of
7    different manufacturers, machines that they
8    deliver require things, you know, beyond what
9    Rockwell can provide, you know, metals and
10   things that have to be -- many cable wiring, you
11   know, there's a lot of complexity that goes in
12   to what they deliver to their customers.
13       Q.   Does Rockwell publish to the
14   automation industry the fact that only sales of
15   Rockwell products from an authorized distributor
16   come with warranties and product support and
17   software licenses?
18       A.   Just so I answer correctly, can you
19   repeat the question, please?
20           MR. KASOLAS:  Sure.  Madam Court
21       Reporter, would you please read back my
22       question to the witness.
23           (Whereupon, the record was read.)
24   BY MR. KASOLAS:
25       A.   I would say, yes, we have -- we

421

1       12/20/22 - R. Smaglik
2    have, you know, taken out advertise -- I would
3    say the answer is yes.
4        Q.   Can you tell me why the answer is
5    yes.
6        A.   Well, we have, in my experience we
7    have done a lot of work around -- specific
8    examples, we've taken out advertisements within
9    automation publication, I'm forgetting the name
10   of it right now.  We have a public website that
11   has this detailed out public blog post; there
12   are a number of things publicly available that,
13   you know, detail these requirements.
14       Q.   So where in your website do you
15   publish the fact that only Rockwell sales from
16   an authorized distributor -- strike that.
17           Where in your website do you publish
18   that only authorized distributor sales of
19   Rockwell products come with the warranty and the
20   product support and firmware?
21       A.   In the sales section of our website,
22   there's a link that will take you to a page that
23   details these requirements.
24       Q.   Is Rockwell able to measure how many
25   people visit that section of your website?

422

1       12/20/22 - R. Smaglik
2        A.   I wouldn't know.  I would have to --
3    I would have to ask.
4        Q.   And how long has Rockwell published
5    that information on its website?
6        A.   I -- I believe it's been there for a
7    few years from memory now.
8        Q.   Are you sure or are you guessing?
9        A.   It's been there for at least a year,
10   it could be more.
11       Q.   And you mentioned you published ads
12   in just one periodical in the industrial
13   automation industry or other periodicals, too?
14       A.   I am only familiar with one single
15   ad.
16       Q.   And you mentioned there's some kind
17   of public blog, what is the public blog that
18   you're referencing?
19       A.   There's a Rockwell Automation blog
20   on our website.
21       Q.   Is that blog updated consistently?
22       A.   The blog posts one-time entry.
23       Q.   And where is that blog post located
24   on the website?
25       A.   I would have to look around to find

19 (Pages 419 to 422)

Ryan Smaglik
12/20/2022

**Page 423**

```
 1              12/20/22 - R. Smaglik
 2   that.
 3       Q.   So do the value added resellers know
 4   that if they don't buy Rockwell products from an
 5   authorized distributor, they won't receive these
 6   additional material differences that you contend
 7   such as warranties, product support and
 8   firmware?
 9       A.   I would say many of them don't.
10       Q.   Why do you say that?
11       A.   Just it's been my experience that's
12   -- this is not always well understood, which is
13   why we, you know, spend a lot of time doing
14   education.
15       Q.   So did someone tell you this, from a
16   value added resellers?
17       A.   Tell me what?
18       Q.   That -- are they confused over the
19   issue or they don't know, what exactly -- have
20   you spoken to these value added resellers about
21   this issue?
22       A.   I -- I don't have a lot of direct
23   conversations with our customer base in my role.
24       Q.   So anything you know about that
25   particular topic as to whether or not they
```

**Page 424**

```
 1              12/20/22 - R. Smaglik
 2   understand Rockwell's policy about buying
 3   Rockwell products from authorized distributors
 4   is just from other people at Rockwell, correct?
 5          MR. TANCK:  Objection to form.
 6   BY MR. KASOLAS:
 7       A.   I mean, I have -- I have some
 8   limited, you know, direct exposure to these
 9   types of expressions as well.  But it's my
10   understanding in speaking with colleagues and
11   across my career, that this is something that we
12   are constantly vigilant with regard to, you
13   know, not assuming that customers understand
14   this.
15       Q.   You said you have direct limited
16   exposure, what direct limited exposure do you
17   have on that topic?
18       A.   I mean just from memory, I have
19   spoken with a couple number of companies in the
20   past that did not understand these -- these
21   differences.
22       Q.   When you say companies, are you
23   talking about Value Added Reseller companies?
24       A.   I would, from my memory, I'm not
25   sure if they were end users or Value Added
```

**Page 425**

```
 1              12/20/22 - R. Smaglik
 2   Resellers.
 3       Q.   Have you ever conducted an
 4   investigation of any kind to see whether or not
 5   any Value Added Resellers are confused about
 6   Rockwell's policy of selling its products to
 7   authorized distributor?
 8       A.   I have not conducted such an
 9   investigation.
10       Q.   Do you have anything in writing with
11   respect to Wi Automation or an authorized
12   distributor -- strike that.
13          Do you have anything in writing from
14   a Value Added Reseller expressing to Rockwell
15   that they were confused about the product they
16   purchased from Wi Automation?
17       A.   I would have to review
18   communications, all of which would've been
19   disclosed.
20       Q.   So to the extent that there was such
21   a document, you would've given it to your
22   lawyers in this case, correct?
23       A.   I -- I -- my -- my emails, my entire
24   email bank has been put on a discovery hold.
25       Q.   So to the extent that such a written
```

**Page 426**

```
 1              12/20/22 - R. Smaglik
 2   document existed, at least your lawyers would
 3   have that document in this litigation, correct?
 4       A.   I -- I couldn't answer that for
 5   sure.
 6       Q.   Well, you also testified that the
 7   Value Added Resellers are sophisticated.  So if
 8   they're sophisticated, how could they be
 9   confused about what they get when they buy a
10   Rockwell product from an authorized distributor
11   versus an unauthorized distributor?
12          MR. TANCK:  Objection to form.
13       Argumentative.
14   BY MR. KASOLAS:
15       A.   Again, my -- my use of the term
16   sophisticated was with regard to their
17   capabilities, their engineering capabilities.
18   They are highly technical, you know, companies
19   that deliver complex solutions and machines to
20   customers.
21       Q.   Well, if a Value Added Reseller
22   doesn't purchase its Rockwell products it uses
23   from a Rockwell an authorized distributor,
24   they're not entitled to any warranty protection
25   from Rockwell, are they?
```