IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 21-1238-GBW-JLH |
| | : | |
| | : | **JURY DEMAND** |
| PARCOP S.R.L. d/b/a WI AUTOMATION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 27, 2023, copies of (i) Rockwell Automation Inc.'s Fifth Supplemental and Amended Objections and Responses to Defendant WI Automation's Interrogatories (Nos. 1-25); and, (ii) Plaintiff Rockwell Automation, Inc.'s Second Supplemental Initial Disclosures were served on the following counsel by electronic mail:

| | |
|---|---|
| BRACH EICHLER, LLC<br>Bob Kasolas<br>Eric Alvarez<br>Eric J. Boden<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 228-5700 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Pilar G. Kraman<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600 |

<table>
<tr><td>

OF COUNSEL:

Paul Tanck
Neal J. McLaughlin
Christopher L. McArdle
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
paul.tanck@alston.com
neal.mclaughlin@alston.com
chris.mcardle@alston.com

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
matt.welch@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
Tel: 404-881-7000
joshua.weeks@alston.com

Dated: April 27, 2023

</td><td>

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
Tel: (302) 472-7311
dgattuso@hegh.law

*Attorneys for Plaintiffs*

</td></tr>
</table>