IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARCOP S.R.L. d/b/a WIAUTOMATION, ) <br> ) <br> Defendant. ) | C.A. No. 21-1238-GBW-JLH |

**DEFENDANT'S NOTICE OF SUBSEQUENT DEVELOPMENTS IN SUPPORT OF ITS MOTION TO STRIKE (D.I. 142)**

Pursuant to District of Delaware Local Rule 7.1.2(b), Defendant Parcop s.r.l. d/b/a WiAutomation ("WiAutomation") hereby provides notice of recent factual developments relevant to WiAutomation's Motion to Strike (the "Motion") (D.I. 142), and regarding which WiAutomation will be prepared to discuss at the hearing on May 3, 2023.

On April 27, 2023, Plaintiff Rockwell Automation, Inc. ("Rockwell") served Second Supplemental Initial Disclosures ("Second Initial Disclosures") (Ex. A) and Fifth Supplemental and Amended Objections and Responses to WiAutomation's Interrogatories (Nos. 1-25) ("Fifth Responses to Interrogatories") (Ex. B). As summarized below, Rockwell's Second Initial Disclosures and Fifth Responses to Interrogatories are objectionable and should be stricken for the same reasons set forth in the Motion and WiAutomation attaches here an amended proposed order including these belated disclosures on the list of materials this Court should strike under Federal Rules 16, 26, and 37 and under *Pennypack*.

Rockwell's Second Initial Disclosures includes two additional witnesses, not previously disclosed (Ex. A at ¶ A (relevant portions highlighted)).

Rockwell's Fifth Responses to Interrogatories include the following changes relevant to the Motion (Ex. B (relevant portions highlighted)):

- Rog Nos. 2 and 4 add two new witnesses, not previously disclosed, who have knowledge of the allegations in the Complaint or Answer and who Rockwell intends to call as a witness at trial;

- Rog Nos. 3, 7, 8, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25 now incorporate by reference Rockwell's filings related to summary judgment, including its concise statements of material fact filed in support of its summary judgment filings (D.I. 152, 189, 223), the entirety of Ryan Smaglik's March 17, 2023 (D.I. 147), March 31, 2023 (D.I. 192), and April 10, 2023 (D.I. 224) declarations, and/or the entirety of Warren DeVilbiss's March 30, 2023, declaration (D.I. 193);

- Rog Nos. 3, 8, 9, 10, 11, 14, 17, 18, 19, 20, 21, 22, 23, 24, and 25 now identify ROCK-00015693-841, first produced on February 17, 2023; as well as ROCK-00015859-61, ROCK-00015859-68, and/or ROCK-00015862-68, which were first produced on April 27, 2023;

- Rog Nos. 8, 9, 10, and 11 now state that the "identification of a document or statement in response to this Interrogatory does not constitute an admission about the status of any entity or individual referenced in the document or statement as it relates to Rockwell, *i.e.*, whether the entity or individual is an agent, representative, privy, etc."; and

- Rog Nos. 17 and 18 now identify the February 17, 2023 declaration of Mark Paliszewski.

Dated: May 1, 2023

*Of Counsel*:

Bob Kasolas
Eric J. Boden
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 403-3139
bkasolas@bracheichler.com
eboden@bracheichler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO
& HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
matt.welch@alston.com

Neal J. McLaughlin
Paul Tanck
Christopher L. McArdle
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com
paul.tanck@alston.com
chris.mcardle@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendant*