# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   C. A. No. 21-1238-GBW-JLH |
| PARCOP S.R.L. d/b/a WIAUTOMATION, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

This _____ day of _____, 2023, having reviewed Defendant Parcop S.r.l. d/b/a WiAutomation's ("Parcop") Motion to Strike and the papers in connection therewith;

IT IS SO ORDERED that the Motion is GRANTED. The Court strikes the following documents from the record and bars Plaintiff Rockwell Automation, Inc. ("Rockwell") from relying on them in any manner, including at trial:

1. Declaration of Mark Paliszewski dated February 17, 2023 and Exhibits A and B attached thereto, including ROCK-00000217–229, ROCK-00000126–130, ROCK-00015734–735, ROCK-00015737–738, ROCK-00015740–741, ROCK-00015743–744, ROCK-00015746–747, ROCK-00015776, ROCK-00015778–779, ROCK-00015781–782, ROCK-00015784–785, and ROCK-00015805;

2. Rockwell documents identifying Recon, produced on February 17, 2023 (Ex. K to Motion);

3. Portions of the Expert Report of Brett Reed dated January 6, 2023 and Expert Reply Report of Brett Reed dated February 17, 2023, and any related testimony at trial, to the extent Mr. Reed relied on information and materials provided by Paliszewski and Recon directly, or indirectly through Mr. Smaglik;

4. Recon's "test purchases" made in April 2020 and March 2022 and any physical products, labels, documents, photographs, email correspondence, reports, or materials produced by Rockwell relating to such test purchases, including but not limited to ROCK-0000126–138 and ROCK-00000228–256;

5. Testimony from any Rockwell witness regarding these "test purchases" or Recon;

6. Rockwell's Supplemental Initial Disclosures served on March 4, 2023 (D.I. 139);

7. Rockwell's Fourth Supplemental and Amended Objections and Responses to Parcorp's Interrogatories (Nos. 1–25) served on March 4, 2023 (D.I. 139);

8. Any physical products, labels, documents, photographs, email correspondence, reports, or materials created by or on behalf of Recon at trial in any form, including as evidence or as a demonstrative;

9. Rockwell's Second Supplemental Initial Disclosures served on April 27, 2023 (D.I. 249);

10. Rockwell's Fifth Supplemental And Amended Objections And Responses To Defendant WiAutomation's Interrogatories (Nos. 1-25) served on April 27, 2023 (D.I. 249); and

11. Rockwell's April 27, 2023 document production bates stamped ROCK-00015859-15894.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge