# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARCOP S.R.L. d/b/a WIAUTOMATION, ) <br> ) <br> Defendant. ) | C.A. No. 21-1238-GBW-JLH |

## NOTICE OF DEPOSITION OF STACY MELICHAR
## PURSUANT TO FED. R. CIV. P. 30(b)(1)

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 30(b)(1) counsel for Defendant Parcop, S.r.l. d/b/a WiAutomation ("WiAutomation") will take the deposition upon oral examination of Plaintiff Rockwell Automation, Inc.'s employee, Stacey Melichar, on **Wednesday, June 14, 2023 at 10:00 a.m. ET** at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, or at such other time and place as may be agreed to in writing between the parties, with respect to all matters relevant to the subject matter involved in this action.

**FURTHER NOTICE IS HEREBY GIVEN,** the above deposition shall continue from day to day until completed. The examination of the above-named deponent will be conducted before an officer authorized to administer oaths and will be transcribed by stenographic and/or video means by a certified court reporter. WiAutomation reserves the right to use the transcript or video of the deposition at trial.

Dated: May 8, 2023

| | |
|---|---|
| *Of Counsel*: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Bob Kasolas | |
| Eric J. Boden | /s/ *Alexis N. Stombaugh* |
| BRACH EICHLER, LLC | Pilar G. Kraman (No. 5199) |
| 101 Eisenhower Parkway | Alexis N. Stombaugh (No. 6702) |
| Roseland, NJ 07068 | Rodney Square |
| (973) 403-3139 | 1000 North King Street |
| bkasolas@bracheichler.com | Wilmington, DE 19801 |
| eboden@bracheichler.com | (302) 571-6600 |
| | pkraman@ycst.com |
| | astombaugh@ycst.com |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 8, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO
& HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
matt.welch@alston.com

Neal J. McLaughlin
Paul Tanck
Christopher L. McArdle
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com
paul.tanck@alston.com
chris.mcardle@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

*Attorneys for Defendant*