IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARCOP S.R.L. d/b/a WIAUTOMATION, ) <br> ) <br> Defendant. ) | C.A. No. 21-1238-GBW-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2023, the following was served on the counsel listed below in the manner indicated:

1) Subpoena *Duces Tecum* and *Ad Testificandum* Directed to Douglas Bucher.

**BY E-MAIL**

| | |
|---|---|
| Dominick T. Gattuso <br> HEYMAN ENERIO GATTUSO <br> & HIRZEL LLP <br> 300 Delaware Ave., Suite 200 <br> Wilmington, DE 19801 <br> dgattuso@hegh.law | Neal J. McLaughlin <br> Paul Tanck <br> ALSTON & BIRD LLP <br> 90 Park Avenue <br> New York, NY 10016 <br> neal.mclaughlin@alston.com <br> paul.tanck@alston.com |

PLEASE TAKE FURTHER NOTICE that on May 12, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: May 12, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br>Bob Kasolas<br>Eric Alvarez<br>Eric J. Boden<br>BRACH EICHLER, LLC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br>(973) 403-3139<br>bkasolas@bracheichler.com<br>ealvarez@bracheichler.com<br>eboden@bracheichler.com | */s/ Alexis N. Stombaugh*<br>Pilar G. Kraman (No. 5199)<br>Alexis N. Stombaugh (No. 6702)<br>Maliheh Zare (No. 7133)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br>mzare@ycst.com<br><br>*Attorneys for Defendant* |