

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Alexis N. Stombaugh**
P 302.571.6622
astombaugh@ycst.com

May 22, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Rockwell Automation Inc. v. Parcop S.r.l.*, C.A. No. 21-1238-GBW-JLH

Dear Judge Williams:

      Pursuant to the Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendant Parcop S.r.l. d/b/a WiAutomation hereby submits courtesy copies of all filings related to Magistrate Judge Hall's May 3, 2023 Oral Order (D.I. 251) denying Defendant's Motion to Strike (D.I. 142) to which the Defendant filed objections on May 17, 2023 (D.I. 261). The related documents are as follows:

    1) Joint Motion for Teleconference to Resolve Discovery Disputes (D.I. 140);

    2) [Sealed] Letter to The Honorable Jennifer L. Hall from Pilar G. Kraman regarding Parcop's Motion to Strike (D.I. 142);

    3) [Sealed] Responsive Letter to The Honorable Jennifer L. Hall from Dominick T. Gattuso regarding Discovery Dispute (D.I. 164);

    4) Notice of Subsequent Authority (D.I. 248);

    5) Notice of Subsequent Developments in support of its Motion to Strike (D.I. 250);

    6) Oral Order regarding Discovery Related Issues (D.I. 251); and

    7) Transcript of the May 3, 2023 Hearing.

      Counsel are available at the Court's convenience for any questions.

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory B. Williams
May 22, 2023
Page 2

                                                            Respectfully submitted,

                                                            */s/ Alexis N. Stombaugh*

                                                            Alexis N. Stombaugh (No. 6702)

Enclosures

cc:      Counsel of record (via CM/ECF and Email)
           Clerk of Court (via Hand Delivery)