# Exhibit 8

**Corrected**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROCKWELL AUTOMATION, INC.,

    Plaintiff,

  v.

PARCORP S.R.L. d/b/a WI AUTOMATION,

    Defendant.

No. :21-cv-01238-GBW-JLH

## CORRECTED DECLARATION OF MARK PALISZEWSKI

I, Mark Paliszewski, hereby declare as follows:

1.    I have personal knowledge of the matters set forth in this declaration. If I am called to testify I could and would testify competently to these matters under oath.

2.    I am the Director of the Consulting and Investigative Group at Recon Management Group, LLC ("Recon"), which is based in Bingham Farms, Michigan. I have worked at Recon since 2009 in various roles conducting internal and external investigations for clients. Before that, I worked for nearly twenty years as an investigator for the law firm Dickinson Wright PLLC, which is headquartered in Detroit, Michigan. I graduated from Madonna University, located in Livonia, Michigan, in 1991 with a Bachelor of Science degree in Criminal Justice.

3.    Rockwell Automation, Inc. ("Rockwell") retained the services of Recon to conduct test purchases of certain products from Parcop S.R.L. d/b/a WI Automation ("WI Automation"). I received Rockwell's requests for these services and oversaw Recon's work to complete them.

4.    In April, 2020, acting on a request from Ryan Smaglik at Rockwell, I directed a strategic partner to email WI Automation using the company name "J&J Systems" to request a

1

quote for a number of different Rockwell products and to place an order for two of the products to be delivered to an address in Texas.

5.      The products ordered from WI Automation were delivered in May, 2020 to the address that was provided.  Upon receipt of the products from WI Automation, I directed the partner to take photographs of the packaging and products and I have maintained those photographs in my file as was customary in the ordinary course of business and in accordance with the manner that I normally and regularly conduct my investigation activities.  I sent these photographs to Mr. Smaglik on May 12, 2020 via email.

6.      The photographs attached as Exhibit A to this declaration are true and accurate copies of the photographs that were taken in May of 2020 of the products received from WI Automation. Exhibit A also includes true and correct images of the invoice and shipping label provided in and on the package.

7.      In March of 2022, I was asked again by Mr. Smaglik to contact WI Automation to obtain a quote and initiate a purchase of certain Rockwell products.  This time using a third party company named "Image-Tek Displays & Graphics," I directed Image-Tek to purchase three Rockwell products from WI Automation for delivery to Image-Tek's address in Michigan.

8.      The products that were ordered from WI Automation were delivered in April, 2022 to the address that was provided.  Upon receipt of the products from WI Automation, I personally retrieved the products and took photographs of the packaging and products and maintained those photographs in my file as was customary in the ordinary course of business and in accordance with the manner that I normally and regularly conduct my investigation activities.  I sent these photographs to Mr. Smaglik on April 4, 2022 and April 14, 2022 via email.

9.    The photographs attached as Exhibit B to this declaration are true and accurate copies of the photographs that I took in April of 2022 of the products received from WI Automation.

10.    After taking photographs, I sent the package received from WI Automation in April, 2022 to Neal McLaughlin, outside counsel for Rockwell.


I certify under penalty of perjury that the foregoing is true and correct.

DATED:  May 22, 2023


Mark Paliszewski

# EXHIBIT A



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2

ROCK-00000217



ROCK-00000218



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2

ROCK-00000221



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



ROCK-00000223



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2

ROCK-00000224



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



ROCK-00000227



**PARCOP**

# INVOICE
## 350E/ 2020
## REF. 10724

J&J system
251 SW Wilshire Blvd, Ste 124-756
Burleson, TX 76028

Monte di Procida 04/05/2020
Ref. N°: 10724/2020
Object : ALLEN BRADLEY
PARTS

Attn. Jason Miller

| ITEM | CONDITION | PART NUMBER | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|------|-----------|-------------|-------------|-----|------------|-------|
| 1 | NEW | 1756-CNB | 1756-CNB ALLEN-BRADLEY | 2 | $ 628 | $ 1256 |

|  | SHIPPING COSTS TO USA FOR 2 KG | $ 40 |
|--|--|--|
|  | **Total (USD )** | **$ 1296** |

CONDITIONS / DELIVERY TIME

ALL PRODUCTS ARE COVERED BY 12 MONTHS WARRANTY

3 DAYS AFTER PAYMENT VERIFICATION

TERMS AND PAYMENTS :

PAYMENT : ADVANCED BY BANK TRANSFER

VALIDITY : 1 WEEK or SUBJECT TO PRIOR SALE

BILLING ADDRESS:

Parcop s.r.l.
Via Madame De Stael, 9
80070 Bacoli (NA) Italy
VAT-ID: IT-08668021218

CONTACTS:

Mon-Fri / 8AM–17PM CET
Tel +39 02 87189214
Tel +39 081 8682064
info@wiautomation.com
sales@wiautomation.com

BANK DETAILS:

Beneficiary:  Parcop s.r.l.
Bank Name: UBI Banca Monte di Procida
IBAN: IT69H0311140101000000000236
BIC (SWIFT): BLOPIT22XXX

All terms and conditions are on wiautomation.com

ROCK-00000228



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2

# EXHIBIT B



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2
ROCK-00000126



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Highly Confidential - Attorney's Eyes Only - Subject to L.R. 26.2



Confidential - Subject to Protective Order

ROCK-0001574

Confidential - Subject to Protective Order



*SN 83575322*

Logix 5000™ Series

MAT NO PN-346126

FW
1.063

ROCK-00015735



Confidential - Subject to Protective Order

Confidential - Subject to Protective Order



ROCK-0001573B



Confidential - Subject to Protective Order

ROCK-00015740



Confidential - Subject to Protective Order

ROCK-00015741

Confidential - Subject to Protective Order



Catalog #:
6324-RLM0100ENM

Serial #:
2856035588

Product of: US

Catalog #:
6324-RLM0100ENM

Serial #:
2856035588

Product of: US

ROCK-00015743



Confidential - Subject to Protective Order

ROCK-00015744

Confidential - Subject to Protective Order



**Wia**
world industrial
automation



# WiAutomation

## INDUSTRIAL AND MARINE AUTOMATION
### Products for Industry and OEM

**WiAutomation.com property of Parcop s.r.l.**
Via Madame De Stael, 9 - 80070 Bacoli (NA) ITALY
Ph.: +39 02 871 892 14   *www.wiautomation.com*   email: info@wiautomation.com

ROCK-00015746

Confidential - Subject to Protective Order

## WiAutomation

**PARCOP SRL**
VIA FILOMARINO III TRAV., 13
80070 MONTE DI PROCIDA (NA)
VAT N. IT08668021218

Image-Tek Displays & Graphics
40300 Grand River Ave. Novi, MI 49375

STATI UNITI D'AMERICA          EE

INVOICE N.    5440    of   29/03/2022

| Product | Product / service description | UM | QTY | Net | Discount | Net total | Rate |
|---------|-------------------------------|----|-----|-----|----------|-----------|------|
| | 5069-L306ER Allen-Bradley Dual Channel Ethernet/IP Controller, 0.6MB Memory, 8 Local I/O Expansion (max), 16 EtherNet/IP Nodes. DIN Rai l mount HS CODE 8537101090 | | 1,000 | 2.195,000 | | 2.195,00 | 320 |
| | 9324-RLN9100ENM Allen-Bradley - RSLogix Micro Starter Edition NED S/W HS CODE 8537101090 | | 2,000 | 115,000 | | 230,00 | 320 |
| | SHIPPING | | 1,000 | 40,000 | | 40,00 | 320 |

**ADDITIONAL INFORMATIONS**

Invoice reason   Vendita           P.O;              Order n.           P74522

**Invoice summary**

| Payment | CREDIT CARD |
|---------|-------------|
| IBAN | IT65L0329601601000067339825 |
| Total | 2.465,00 |

USD

ROCK-0001574



ROCK-00015776

Confidential - Subject to Protective Order

Confidential - Subject to Protective Order

ROCK-00015778



5069-L306ER

MOD POWER

SA POWER

CPU

AB

RUN    OK    NET A1    NET A2
FORCE    SD    LINK A1    LINK A2

COMPACTLOGIX 5380

MOD POWER

Warning :
MOD Power: Supports DC only
SA Power: Supply according
to the I/O module type.
Refer to modules' installs.

EtherNet/IP

A1
A2

SA POWER



ROCK-00015779



Confidential - Subject to Protective Order

ROCK-00015781



Confidential - Subject to Protective Order

Confidential - Subject to Protective Order



ROCK-00015784



Confidential - Subject to Protective Order

Confidential - Subject to Protective Order



ROCK-00015805