

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

May 24, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: *Rockwell Automation, Inc. v. Parcop S.R.L. d/b/a WIAutomation*,
     C.A. No. 21-1238-GBW (D. Del.)

Dear Judge Williams:

  I write on behalf of plaintiff Rockwell Automation, Inc. ("Rockwell") concerning the February 17, 2023 Declaration of Mark Paliszewski (D.I. 148-1 at pp. 197-199), filed in support of Rockwell's motion for summary judgment (D.I. 144).

  During the course of collecting and of producing Mr. Paliszewski's documents last week pursuant to a subpoena served by defendant, we became aware that certain statements in Mr. Paliszewski's declaration were inaccurate. The inaccurate statements relate to the identity of the persons who purchased from defendant several falsely labeled products in 2020 and a counterfeit product in 2022. Mr. Paliszewski's February 17 declaration stated that he had purchased these products from the defendant; the documents, however, showed that Mr. Paliszewski instructed two third parties to purchase the products from defendant. In addition, with regards to the 2020 purchase, Mr. Paliszewski stated he had photographed the products; the documents showed that he instructed the third party purchaser to photograph the products. While we do not believe these inaccuracies are material to Rockwell's motion for summary judgment, we asked Mr. Paliszewski to execute a corrected declaration so that the Court has before it an accurate record. Mr. Paliszewski testified in his May 19, 2023, deposition that he believed his declaration was accurate at the time he executed it, but once had a chance to review the documents he produced in connection with the subpoena, he realized that he had made these inaccuracies. The rough transcript is not yet available, but when it becomes available we will provide it to the Court if Your Honor wishes to examine it.

  We have filed Mr. Paliszewski's corrected declaration contemporaneously with this letter. For the Court's reference, we have also attached as Exhibit A to this letter a redline showing the changes to Mr. Paliszewski's declaration.

  Should Your Honor have any questions, counsel for Rockwell are available at the Court's convenience.

SHAW KELLER LLP
The Honorable Gregory B. Williams
Page 2

                                                Respectfully submitted,

                                                */s/ John W. Shaw*

                                                John W. Shaw (No. 3362)

cc: Clerk of the Court (via Hand Delivery)
     All Counsel of Record (via CM/ECF and E-Mail)