IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1238-GBW-JLH |
| | ) |
| PARCOP S.R.L. d/b/a WIAUTOMATION, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, having considered plaintiff Rockwell Automation, Inc.'s ("Rockwell's") motion for leave to amend the scheduling order to supplement the discovery record to include recent counterfeit sales by defendant, and all papers and argument submitted in connection therewith;

IT IS HEREBY ORDERED that the motion is GRANTED. Specifically, the scheduling order, D.I. 21, is amended to permit Rockwell to supplement the discovery record, including supplementing its Initial Disclosures, Discovery Responses and Document Productions, to include facts and evidence relating to defendant WiAutomation's recent sale of counterfeit Rockwell-branded goods to Syntegon Packaging Systems AG.

_____
United States District Judge