**YOUNG CONAWAY**

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

Pilar G. Kraman
P 302.576.3586
pkraman@ycst.com

May 30, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

     Re:   *Rockwell Automation, Inc. v. Parcop S.r.l. d/b/a WiAutomation*
             C.A. No. 21-1238-GBW-JLH

Dear Judge Hall:

    Per Your Honor's Order at the May 3, 2023 Hearing, WiAutomation provides the enclosed Declaration of Fulvio Coppola regarding its search for purchase orders and invoices per the Court's prior Orders from May 2, 2022 and June 15, 2022.

    Counsel remains available should the Court have any questions.

                                                                        Respectfully submitted,

                                                                       Pilar G. Kraman (No. 5199)

Enclosure

cc:    All Counsel of Record (by CM/ECF & e-mail)