# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | C.A. No. 21-1238-GBW-JLH |
| *Plaintiff*, | |
| v. | |
| PARCOP S.R.L. D/B/A WIAUTOMATION, | |
| *Defendant*. | |

## DECLARATION OF FULVIO COPPOLA CONCERNING EFFORTS TO LOCATE RESPONSIVE INVOICES

I, **FULVIO COPPOLA**, hereby certify as follows:

1. I am a representative of Parcop S.R.L. d/b/a WiAutomation ("WiAutomation"). I make this Declaration on personal knowledge to explain the extensive efforts I made to locate invoices for Rockwell Automation, Inc. ("Rockwell") products WiAutomation bought and sold, in connection with the above-referenced lawsuit.

2. WiAutomation has the practice of saving its invoices electronically for tax purposes, in an electronic database that we call the "fiscal drawer."

3. Employees of WiAutomation's administration department are in charge of saving invoices to the fiscal drawer.

4. However, when COVID-19 was ravaging Italy in 2020 and the world had no idea how to handle this new disease, no employees from the administration department, and very few employees from other departments, came to the office.

Even in 2021, during the months of February - March and November – December we had a COVID-19 outbreak, especially in the administration department. I did my best to keep WiAutomation running during this time without most of its employees. While I was able to ensure the accuracy and quality of our shipments, most, if not all, of the invoices from these periods were not retained amongst the chaos of the pandemic.

5. In connection with this litigation, I made extensive, multi-faceted, efforts to search for invoices of Rockwell products WiAutomation bought and sold.

6. WiAutomation does not have the capabilities to locate relevant invoices in the fiscal drawer through electronic searches, because you cannot run electronic searches of the contents of an invoice. For example, even if an invoice referenced Rockwell, I cannot run any electronic search that would locate such an invoice. Therefore, I had to search all of the invoices manually.

7. I searched for relevant invoices in WiAutomation's fiscal drawer and I checked with the administration department to see if anyone there had invoices that were not saved in the fiscal drawer for whatever reason.

8. My search included four layers of review.

9. First, I searched for all invoices that specifically referenced "Rockwell" and produced any such invoices that I could find. However, the invoices typically did not explicitly reference "Rockwell."

10. Second, I searched for and produced invoices that had other references

BE:13143052.1/PAR348-280966

to Rockwell. For example, below is an image of an invoice of a Rockwell product that WiAutomation bought from a Rockwell authorized distributor, produced as WI003327. This invoice does not include the word "Rockwell" but says "RCK," which I understand to refer to Rockwell.

**TECHNOLOGY BSA S.p.A.**
CORSO TRAPANI, 147/149 10141 TORINO (TO)
P. IVA IT07875400017
C.F. 07875400017
Regime fiscale RF01(Ordinario)

**Spett. PARCOP S.r.l.**
Via Madame De Stael ,9 80070 BACOLI (NA)
P. IVA IT08668021218
C.F. 08668021218

Fattura N° **21/000050/W** del **04/02/2021**
(Data arrivo 23/02/2021)

| | Articolo | Descrizione servizio/prodotto | UM | Qt. | Imp. unit. € | Sconto | Tot. netto € | Al. IVA |
|---|---|---|---|---|---|---|---|---|
| 1. | CodiceArticoloFornitore:RCK1783-LMS5 NomenclaturaCombinata:85176200 EAN:0887172959455 | STRATIX2500 5PORT LIGHTLY MANAGED SWITCH | PC | 1,0000 | 300,0000 | | 300,00 | 22,00% |
| 2. | CodiceArticoloFornitore:RCK1783-US16T NomenclaturaCombinata:85176200 EAN:00884951981430 | STRATIX 2000 16 PORT UNMANAGED SWITCH | PC | 1,0000 | 359,1000 | | 359,10 | 22,00% |
| 3. | | [AC] TRASPORTO | | | 12,3000 | | 12,30 | 22,00% |

A full copy of this invoice is annexed hereto as **Exhibit A.**

11. Third, I searched for and produced all invoices that referenced Allen-Bradley, which is a brand of Rockwell products that WiAutomation sells. For example, below is an image of an invoice of an "Allen-Bradley" product that WiAutomation sold to a Rockwell authorized distributor, produced as WI003474.

- 2 -



A full copy of this invoice is annexed hereto as **Exhibit B.**

12. Fourth, I searched and produced invoices that included the name of a Rockwell product. WiAutomation sells products from approximately one-hundred different brands and neither I, nor anyone on our staff, is familiar with the full name of every single product that Rockwell sells. However, I am familiar with the names of many Rockwell products and I searched for any invoices that referenced such products. For example, below is an image of an invoice for a Rockwell product that WiAutomation bought from a Rockwell Authorized Distributor, produced as WI003413. The invoice does not say "Rockwell" anywhere but states that it concerns a "MicroLogix" product, which I understand is a Rockwell product.



A full copy of this invoice is annexed hereto as **Exhibit C.**

13.  However, most invoices in WiAutomation's possession do not explicitly state the brand name of the product sold, and do not include sufficient information that I could review to determine whether the invoice relates to a Rockwell product.  Attached as **Exhibit D** and imaged below, is one example of a sales invoice that has no brand-identifying information.

- 5 -

14. I do not recall exactly how long I spent conducting this review but I remember that it was a long and difficult process that took enough time to significantly disrupt WiAutomation's workflow and business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 26, 2023

                                                                                       Fulvio Coppola

# EXHIBIT A

**TECHNOLOGY BSA S.p.A.**
CORSO TRAPANI, 147/149 10141 TORINO (TO)
P. IVA IT07875400017
C.F. 07875400017
Regime fiscale RF01(Ordinario)

**Spett. PARCOP S.r.l.**
Via Madame De Stael ,9 80070 BACOLI (NA)
P. IVA IT08668021218
C.F. 08668021218

Fattura N° **21/000050/W** del **04/02/2021**

(Data arrivo 23/02/2021)

| | Dettaglio prodotti | | | | | | |
|---|---|---|---|---|---|---|---|
| **Articolo** | **Descrizione servizio/prodotto** | **UM** | **Qt.** | **Imp. unit. €** | **Sconto** | **Tot. netto €** | **Al. IVA** |
| 1. CodiceArticoloFornitore:RCK1783-LMS5 NomenclaturaCombinata:85176200 EAN:0887172959455 | STRATIX2500 5PORT LIGHTLY MANAGED SWITCH | PC | 1,0000 | 300,0000 | | 300,00 | 22,00% |
| 2. CodiceArticoloFornitore:RCK1783-US16T NomenclaturaCombinata:85176200 EAN:00884951981430 | STRATIX 2000 16 PORT UNMANAGED SWITCH | PC | 1,0000 | 359,1000 | | 359,10 | 22,00% |
| 3. | [AC] TRASPORTO | | | 12,3000 | | 12,30 | 22,00% |

**INFORMAZIONI AGGIUNTIVE**

| | |
|---|---|
| **CIG & CUP** | Tipo documento: Ordine di acquisto ǀ Numero 1073 WEB del 2021-02-04 ǀ Linea riferimento: 1 |
| | Tipo documento: Ordine di acquisto ǀ Numero 1073 WEB del 2021-02-04 ǀ Linea riferimento: 1 |
| **Causale fattura** | ** Riferim.N.1073 WEB Del 04.02.21 |
| | Tracking Number: |
| | AT610013897010NN |
| **Allegati** | F-20210000050W__-21022308574444.PDF (.PDF) |

| Riepilogo fattura | | | |
|---|---|---|---|
| Pagamento | | | Bonifico |
| IBAN | | REDACTED PII | |
| Data scadenza | | | 04/02/2021 |
| Imponibile | | | 671,40 € |
| IVA % | Imponibile | Arrotondamento | Imposta |
| 22% | 671,40 € | | 147,71 € |
| **Totale documento** | | | **819,11 €** |
| Iva ad esigibilità immediata | | | |
| Importo da pagare | | | 819,11 € |

# EXHIBIT B

**PARCOP SRL**
VIA FILOMARINO III TRAV., 13
80070 MONTE DI PROCIDA (NA)
P. IVA IT08668021218
C.F. 08668021218
Regime fiscale RF01(Ordinario)

Spett.
RAControls Sp. z o.o.
RAControls Warehouse Kuehne+Nagel
Nied wiedziniec 10 DC3B POLAND
POLONIA                                                EE
Codice Destinatario XXXXXXX       P.IVA    6342621889

Fattura N° 12327/01  del  22/12/2021

| | Dettaglio prodotti | | | | | | |
|---|---|---|---|---|---|---|---|
| Articolo | Descrizione servizio/prodotto | UM | Qt. | Imp. unit. | Sconto | Tot. netto | Aliquota |
| | 1734-IB8S Allen-Bradley | | 22,000 | 650,00 | | 14.300,00 | 348 |
| | 1734-OB8S Allen-Bradley | | 22,000 | 700,00 | | 15.400,00 | 348 |
| | SHIPPING | | 1,000 | 39,00 | | 39,00 | 348 |

**INFORMAZIONI AGGIUNTIVE**

| Causale fattura | Vendita | ORD | P72831 |
|---|---|---|---|

EUR

**Riepilogo fattura**

| Pagamento | BONIFICO BANCARIO |
|---|---|
| IBAN | REDACTED PII |
| Imponibile | 29.739,00 |

| IVA % | Imponibile | Arrotondamento | Imposta |
|---|---|---|---|
| 22% | 29.739,00 | | DL331/93art.4 |

| Totale documento | 29.739,00 |
|---|---|
| Iva ad esigibilità immediata | |
| Importo da pagare | 29.739,00 |

Pagina 1 di 1

WI003474

# EXHIBIT C

**RS COMPONENTS S.r.l.**
Viale T. Edison 110, edificio C 20099 Sesto San Giovanni (MI)
P. IVA IT02267810964
C.F. 10578740150
Regime fiscale RF01(Ordinario)

**Spett. PARCOP SRL**
VIA MADAME DE STAEL 9 80070 BACOLI (NA)
P. IVA IT08668021218

Fattura differita di cui all'art. 21, comma 4, terzo periodo lett. b) N° **7021186296** del **21/04/2021**

(Data arrivo 22/04/2021)

| DDT n. 1185461015 del 21/04/2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Articolo | Descrizione servizio/prodotto | UM | Qt. | Imp. unit. € | Sconto | Tot. netto € | Al. IVA |
| 20. Interno:7140085 | Cable, MicroLogix 1000 to PC, 2 meters INFO:CONTRIBUTI CONAI E COBAT ASSOLTI | CAD | 1,0000 | 46,6000 | | 46,60 | 22,00% |

**INFORMAZIONI AGGIUNTIVE**

| | |
|---|---|
| **CIG & CUP** | Tipo documento: Ordine di acquisto \| Numero 2106001 \| Linea riferimento: 20 |
| **Causale fattura** | Ns.rif.ord. 0161717749, Vs.rif.ord. 2106001, Vs.contatto FULVIO COPPOLA |
| | Conto dedicato agli appalti pubblici (Art. 3 COMMA7 LEGGE136/2010): BANCA NAZIONALE DEL LAVORO IBAN: IT97I0100532931000000001250 SWIFT: BNLIITRRXXX |
| **Allegati** | PDF Fattura (pdf) |

| Riepilogo fattura | | | |
|---|---|---|---|
| Pagamento | | | Bonifico |
| IBAN | | | REDACTED PII |
| Data scadenza | | | 21/05/2021 |
| Imponibile | | | 46,60 € |
| IVA % | Imponibile | Arrotondamento | Imposta |
| 22% | 46,60 € | | 10,25 € |
| **Totale documento** | | | **56,85 €** |
| Iva ad esigibilità immediata | | | |
| Importo da pagare | | | 56,85 € |

# EXHIBIT D

# WiA WiAutomation

**Spett.**

**PARCOP SRL**
VIA FILOMARINO III TRAV., 13
80070 MONTE DI PROCIDA (NA)
P. IVA IT08668021218
C.F. 08668021218
Regime fiscale RF01(Ordinario)

ETS SABOUREAU
ZA de l'hommeraie 79400 Azay-le brulé
FRANCIA                                                EE
Codice Destinatario XXXXXXX     P.IVA   28794661512

Fattura N° 9231/01 del   01/09/2022

## Dettaglio prodotti

| Articolo | Descrizione servizio/prodotto | UM | Qt. | Imp. unit. | Sconto | Tot. netto | Aliquota |
|---|---|---|---|---|---|---|---|
| 336 | SP ANALOG OUTPUT MODU | | 1,000 | 500,00 | | 500,00 | 348 |
| | SHIPPING | | 1,000 | 21,00 | | 21,00 | 348 |

THIS IS A NON-TAXABLE INTRA-COMMUNITY SUPPLY OF GOODS

### INFORMAZIONI AGGIUNTIVE

Causale fattura      VENDITA CEE                    ORD           22046966

EUR

### Riepilogo fattura

| | | |
|---|---|---|
| Pagamento | CREDIT CARD | |
| IBAN | REDACTED PII | |
| Imponibile | 521,00 | |

| IVA % | Imponibile | Arrotondamento | Imposta |
|---|---|---|---|
| 22% | 521,00 | | DL331/93art.4 |

**Totale documento**   521,00

Iva ad esigibilità immediata

Importo da pagare    521,00

Pagina 1 di 1