IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1238-GBW-JLH |
| | ) |
| PARCOP S.R.L. d/b/a WIAUTOMATION, | ) |
| | ) |
| Defendant. | ) |

## **VOIR DIRE**

Good morning, ladies and gentlemen. I am Judge Williams. We are here to select a jury for a civil trial in a case called Rockwell Automation, Inc. v. Parcop S.R.L. d/b/a WiAutomation.

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy: Please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your hand, and, when recognized by me, please stand, state your name and your jury number. At the end of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and, after that, the lawyers and I may ask those of you

who answered "yes" to one or more questions to come up to the bench to discuss your answers with the lawyers and me.

The presentation of evidence in this trial is expected to take five days, and jury deliberations could extend your service beyond that. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of 45 minutes, and an afternoon break of fifteen minutes. We will start at 9:30 a.m. and finish no later than 5:30 p.m. each day.

1.  Does the schedule that I have just mentioned present a special problem for any of you?

2.  The plaintiff in this trial is named Rockwell Automation, Inc. or just "Rockwell". The defendant is Parcop s.r.l, and does business as WiAutomation. The parties will refer to defendant as WiAutomation. Rockwell claims that WiAutomation has violated federal and Delaware statutes and common law relating to trademark infringement, false advertising, false designation of origin, deceptive trade practices, and unfair competition by selling alleged gray market and counterfeit products. WiAutomation denies all of Rockwell's claims. The jury in this matter will be asked to decide whether WiAutomation has violated any of these statutes or laws and award damages, if any, suffered by Rockwell. For those of you who end up being on the jury, I will give more detailed instructions on the law later in the trial.

Have any of you heard or read anything about this trial?

3. The lawyers and law firms involved in this trial are:

Alston & Bird LLP
Brach Eichler LLC
Heyman Enerio Gattuso & Hirzel LLP
Shaw Keller LLP
Young Conaway LLP

Eric J. Boden
Emily DiBenedetto
Dominick Gattuso
Bob Kasolas
Karen Keller
Pilar Kraman
Andy Ligotti
Christopher McArdle
Neal McLaughlin
Andrew Russell
Alexis Stombaugh
John Shaw
Paul Tanck
Joshua Weeks
Matthew Welch
Maliheh Zare

Do you or any of your immediate family members, such as spouse, child, parent, or sibling, know any of the attorneys or law firms I have just named?

4. Have you or any of your immediate family members had any business dealings with, or been employed by, any of these attorneys or law firms?

5. Have you or any of your immediate family members ever been employed by Rockwell Automation, Inc. or Parcop s.r.l, which does business as WiAutomation?

3

6. Have you or any of your immediate family members ever been employed by any company that is an authorized distributor of Rockwell Automation parts, services or software?

7. Can you speak or understand Italian?

8. Have you or any of your immediate family members ever owned stock in either of these companies?

9. Have you or any of your immediate family members ever purchased products from or had a business relationship with either of these companies?

10. Have you or any of your immediate family members ever had any experience, good or bad, with either of these companies that might keep you from being a fair and impartial juror in this trial?

11. Do you possess any opinions about either of these companies that might keep you from being a fair and impartial juror in this trial?

12. Some of the brand names you will hear during this trial include Rockwell, Allen Bradley, and Lektronix.  Have you or your immediate families ever had any experience, good or bad, with any Rockwell, Allen Bradley, or Lektronix products?

13. The potential witnesses in this trial are:

Christoph Bank
Anna Barbacka
Luca Coppola
Fulvio Coppola

      Justin Blok
      Luigi Scotto Di Carlo
      Pasquale Danilo Schiano Di Cola
      David Franklyn
      Porfirio Ladoneo
      Laura Martin
      Rodney Michel
      Mark Paliszewski
      Brett Reed
      Ryan Smaglik
      Young-Hoon Park

Are you familiar with and/or do you know any of these potential witnesses?

14. Have you or any member of your immediate family ever been employed by the United States Patent and Trademark Office?

15. Have you or any member of your immediate family ever applied for, or obtained, a United States or foreign trademark?

16. Have you or any member of your immediate family ever been involved in a dispute about trademark rights, false advertising, or counterfeit goods?

17. Do you or have you ever worked in the industrial automation industry?

18. **[WiAutomation's proposal[1]:** Are you involved in the procurement or purchase of industrial automation equipment?**]**

---

[1] Rockwell objects to proposed Questions 18-20 on grounds that voir dire is intended to identify a fair and impartial jury and not to permit a party, like

19.     **[WiAutomation's proposal:** Do you have any type of engineering background?**]**

20.     **[WiAutomation's proposal:** Have you ever been involved in a warranty claim dispute or had an issue with having a warranty honored by a manufacturer of a product you purchased/used?**]**

21.     Do you have any opinions about trademarks, intellectual property, or the United States Patent and Trademark Office that might make it difficult for you to be a fair and impartial juror in this trial?

22.     Have you served as a juror in a civil lawsuit within the last fifteen (15) years?

23.     If you are selected to sit as a juror, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

24.     If you are selected to sit as a juror, are you aware of any reason why you would not be able to follow the law as I give it to you?

25.     Is there anything, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

---

WiAutomation, to shape a jury.  Further, a 'yes' response to Question 17 will allow the Court to explore these areas as part of any follow-up questioning.

26. Have you previously been a party or a witness in a lawsuit about false advertising or gray market or counterfeit products?

27. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this trial?