# VERDICT FORM

# TRADEMARK INFRINGEMENT

**Question 1**:

Did Rockwell prove by a preponderance of the evidence that WiAutomation sold Rockwell products in the United States that are "materially different" from the Rockwell products that Rockwell sells in the United States; and

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 1, proceed to Question 2.  If you answered "No," proceed to Question 4.

**Question 2:**

If you answered yes to Question 1, does the preponderance of the evidence show that purchasers of industrial automation products were confused about whether they would receive these material differences when they purchased Rockwell products from WiAutomation?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 1 to Question 2 proceed to Question 3. Otherwise, proceed to Question 4.

**Question 3**:

Did Rockwell prove by clear and convincing evidence that the conduct described in Question 1 was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

# FALSE ADVERTISING

**Question 4:**

Did Rockwell prove by a preponderance of the evidence that WiAutomation conveys a false impression and misleads a consumer about the nature, quality, characteristic or geographic origin of the Rockwell products it sells in the United States?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No," proceed to Question 9.

**Question 5:**

If you answered yes to Question 4, did Rockwell prove by a preponderance of the evidence that WiAutomation's advertisement deceived or had the tendency to deceive a substantial segment of WiAutomation's audience, *i.e.* purchasers of industrial automation equipment?

 Yes _____ (for Rockwell)          No          _____     (for WiAutomation)

If you answered "Yes" to Question 4 and Question 5, proceed to Question 6. If you answered "No" to any of these questions, proceed to Question 9.

**Question 6:**

If you answered yes to Question 4 and Question 5, did Rockwell prove by a preponderance of the evidence that WiAutomation's deception was likely to influence the purchasing decisions of consumers of industrial automation products?

Yes _____ (for Rockwell)              No _____ (for WiAutomation)

If you answered "Yes" to Question 4, Question 5, and Question 6, proceed to Question 7.  If you answered "No" to any of these questions, proceed to Question 9.

**Question 7:**

If you answered yes to Question 4, Question 5, and Question 6, did Rockwell prove by a preponderance of the evidence that Rockwell has been or is likely to be financially injured as a result of WiAutomation's false statement?

Yes _____ (for Rockwell)              No _____ (for WiAutomation)

**Question 8:**

Did Rockwell prove by clear and convincing evidence that the conduct described in Questions 4 through 7 was willful?

Yes _____ (for Rockwell)              No _____ (for WiAutomation)

**FALSE DESIGNATION OF ORIGIN**

3

**Question 9:**

Did Rockwell prove by a preponderance of the evidence that WiAutomation's advertisements in the United States were likely to deceive purchasers of Rockwell industrial automation products about the origin of the goods or services offered by WiAutomation, or actually misrepresents in advertising the origin of its goods or services?

Yes _____ (for Rockwell)          No   _____   (for WiAutomation)

If you answered "Yes" to Question 9, proceed to Question 10.  If you answered "No" to any of these questions, proceed to Question 11.

**Question 10:**

Did Rockwell prove by clear and convincing evidence that the conduct described in Question 9 was willful?

Yes  _____ (for Rockwell)          No  _____ (for WiAutomation)

## DECEPTIVE TRADE PRACTICES

**Question 11:**

Did Rockwell show by the preponderance of the evidence that WiAutomation engaged in Deceptive Trade Practices?

Yes  _____ (for Rockwell)          No  _____ (for WiAutomation)

If you answered "Yes" to Question 11, proceed to Question 12. If you answered "No," proceed to Question 13.

**Question 12:**

Did Rockwell prove by clear and convincing evidence that WiAutomation willfully engaged in Deceptive Trade Practices?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

**UNFAIR COMPETITION[1]**

**Question 13:**

Did Rockwell prove by the preponderance of the evidence that WiAutomation engaged in unfair competition?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 13, proceed to Question 14. If you answered "No," proceed to the Damages Instruction.

If you answered "Yes" to Question 13 proceed to Question 14. If you answered "No," proceed to the Damages Instruction.

**Question 14:**

Did Rockwell prove by clear and convincing evidence WiAutomation willfully engaged in unfair competition?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

---

[1] *Accenture Global Services GMBH v. Guidewire Software Inc.*, 581 F.Supp. 2d 654, 665-666 (D. Del. 2008)

**Damages Instruction: Proceed to Question 15 only if you:**

- **Answered Yes to Question 1-2;**
- **Answered Yes to Questions 4-7;**
- **Answered Yes to Question 9;**
- **Answered Yes to Question 11; or**
- **Answered Yes to Question 13**

**Question 15:**

What is the amount of money damages that is appropriate to award to Rockwell Automation for WiAutomation's wrongful conduct, as demonstrated by the evidence presented to you during this trial?

Damages $ _____.

**Question 16**:

If you answered yes to Question 12 and/or Question 14, then please enter the amount of punitive damages, if any, that you have chosen to award as demonstrated by evidence presented to you during this trial.

Punitive Damages $_____