

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

July 5, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: *Rockwell Automation, Inc. v. Parcop S.R.L. d/b/a WiAutomation*, C.A. No. 21-1238-GBW (D. Del.)

Dear Judge Williams:

    This letter addresses defendant's Notice of Subsequent Authority, filed today, regarding the recent *Abitron* Supreme Court opinion. D.I. 297.

    WiAutomation's arguments concerning *Abitron* are irrelevant to this case, as the facts and issues differ materially. In *Abitron*, the plaintiff was seeking to recover damages under the Lanham Act attributed to defendant's foreign sales. *Abitron Austria GmbH v. Hetronic Int'l, Inc.*, No. 21-1043, 2023 WL 4239255, at *8 (June 29, 2023). Indeed, the question presented to the Supreme Court was: "Whether the court of appeals erred in applying the Lanham Act extraterritorially to petitioners' foreign sales, including purely foreign sales that never reached the United States or confused U.S. consumers." *See* 2022 WL 17852442 (Appellate Brief Dec. 19, 2022).

    Rockwell's Lanham Act claims do not seek damages on WiAutomation's foreign sales. Rockwell's claims seek remedies on WiAutomation's sales of counterfeit and gray market goods in the United States as well as well as remedies on WiAutomation's false advertising and designation of origin in the United States.

    Although Rockwell does not seek damages for WiAutomation's foreign counterfeit sales, evidence from those sales is still highly probative of the issues the jury must decide. For example, WiAutomation admits that it fulfills its orders for Rockwell-branded products in the United States from the same pool of inventory that it uses for its foreign sales. Accordingly, foreign counterfeit sales from this shared inventory is strong circumstantial evidence of the poor quality and counterfeit nature of what is being delivered to WiAutomation's customers in the United States.

SHAW KELLER LLP
The Honorable Gregory B. Williams
Page 2

      Should the Court be inclined to hear further argument on the applicability of *Abitron* to issues in this case, Rockwell respectfully requests the opportunity to submit more detailed briefing on the issue.

                                        Respectfully submitted,

                                        */s/ Nathan R. Hoeschen*

                                        Nathan R. Hoeschen (No. 6232)

cc:    All Counsel of Record (via CM/ECF)