IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARCOP S.R.L. d/b/a )<br>WIAUTOMATION, )<br>)<br>Defendant. ) | C.A. No. 21-1238-GBW-JLH |

### STIPULATION AND [PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 <u>STANDING ORDER ON PERSONAL DEVICES</u>

WHEREAS, the attorneys listed below are admitted *pro hac vice* in this action; and

WHEREAS, the attorneys listed below do not have bar identification cards;

NOW, THEREFORE, the parties jointly move that the following attorneys be permitted to keep their electronic devices in their possession in court for the July 13, 2023 Pre-Trial Conference. These individuals agree they will abide by all requirements of the District Court's May 15, 2023 Standing Order In re Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse:

- Paul Tanck

- Neal J. McLaughlin

- Christopher L. McArdle
- Bob Kasolas
- Eric Boden

/s/ *Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com

*-and-*

Dominick T. Gattuso (No. 3630)
HEYMAN ENERIO GATTUSO
 & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law
*Attorneys for Plaintiff*

Dated: July 12, 2023

/s/ *Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Maliheh Zare (No. 7133)
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
mzare@ycst.com
*Attorneys for Defendant*

SO ORDERED, this 13th day of July 2023.

_____
The Honorable Gregory B. Williams

2