IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1238-GBW-JLH |
| | ) | |
| PARCOP S.R.L. d/b/a | ) | |
| WIAUTOMATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The parties jointly move that the following individuals be permitted to keep their electronic devices in their possession in court for the July 21, 2023, courtroom setup and the Jury Trial set to begin July 24, 2023. These individuals agree they will abide by all requirements of the District Court's May 15, 2023 Standing Order In re Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse:

- Paul Tanck, Attorney for Rockwell
- Neal J. McLaughlin, Attorney for Rockwell
- Christopher L. McArdle, Attorney for Rockwell
- Andrew J. Ligotti, Attorney for Rockwell

- Matthew M. Welch, Attorney for Rockwell
- John Miller, Attorney for Rockwell
- Virigina Lynch, Law Clerk for Rockwell
- Meghan James, Paralegal for Rockwell
- Stacy Gunder, Paralegal for Rockwell
- Garret Malter, Graphics Operator for Rockwell
- David J. Franklin, Expert Witness for Rockwell
- Brett L. Reed, Expert Witness for Rockwell
- Bob Kasolas, Attorney for WiAutomation
- Eric Boden, Attorney for WiAutomation
- Phil Han, Law Clerk for WiAutomation
- Dominic Fanelli, Paralegal for WiAutomation
- Mitch Mahon, Graphics Operator for WiAutomation
- Justin R. Block, Expert Witness for WiAutomation
- Young-Hoon Park, Expert Witness for WiAutomation
- Sim Smiley, Interpreter

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com

-and-

Dominick T. Gattuso (No. 3630)
HEYMAN ENERIO GATTUSO
 & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law
*Attorneys for Plaintiff*

/s/ Alexis N. Stombaugh
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Maliheh Zare (No. 7133)
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
mzare@ycst.com
*Attorneys for Defendant*

Dated: July 18, 2023

SO ORDERED, this 20th day of July 2023.

_____
The Honorable Gregory B. Williams

3