**2.8.1   LIMITING INSTRUCTION: WIAUTOMATION REVENUES**

The only evidence the jury should consider, if any, concerning WiAutomation's revenue figures should be WiAutomation's tax returns, admitted as PTX-1925.  The jury should disregard any testimony concerning revenue figures on the third-party presentation not admitted into evidence, referred to during the testimony of Porfirio Ladonea as the "Flame Networks" presentation.