

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Pilar G. Kraman
P 302.576.3586
pkraman@ycst.com

July 26, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Rockwell Automation Inc. v. Parcop S.r.l.*, C.A. No. 21-1238-GBW-JLH

Dear Judge Williams:

Pursuant to the parties' agreement during trial today regarding a limiting instruction (Tr. 124: 18-24), enclosed is Defendant's proposal. Defendant provided this proposal to Plaintiff this afternoon. Plaintiff responded later in the evening that it did not believe a limiting instruction was necessary.

.

Respectfully submitted,

Pilar G. Kraman (No. 5199)

Enclosure

cc:   Counsel of record (via CM/ECF and Email)
      Clerk of Court (via Hand Delivery)

Young Conaway Stargatt & Taylor, LLP
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com