## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROCKWELL AUTOMATION, INC., )
         )
    Plaintiff,   )
         )
v.         ) C.A. No. 21-1238-GBW-JLH
         )
PARCOP S.R.L. d/b/a   )
WIAUTOMATION,    )
         )
    Defendant.   )

## VERDICT FORM

Question 1:

Has Rockwell proved by a preponderance of the evidence that WiAutomation has committed trademark infringement?

Yes _____ (for Rockwell)   No _____ (for WiAutomation)

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 3.

Question 2:

If you answered "yes" to Question 1, do you find that WiAutomation's trademark infringement was willful?

Yes _____ (for Rockwell)   No _____ (for WiAutomation)

Question 3:

Has Rockwell proved by a preponderance of the evidence that WiAutomation sold a product in the United States bearing a counterfeit Rockwell trademark? If you answer "yes" to this Question, then you must also select yes as to Question 1.

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 3, proceed to Question 4.  If you answered "No" to Question 3, proceed to Question 5.

Question 4:

If you answered "yes" to Question 3, do you find that WiAutomation's counterfeit sale(s) was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

Question 5:

Has Rockwell proved by a preponderance of the evidence that WiAutomation committed false designation of origin?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 5, proceed to Question 6.  If you answered "No" to Question 5, proceed to Question 7.

Question 6:

If you answered "yes" to Question 5, do you find that WiAutomation's false designation of origin was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

Question 7:

Has Rockwell proved by a preponderance of the evidence that WiAutomation engaged in false advertising?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 7, proceed to Question 8.  If you answered "No" to Question 7, proceed to Question 9.

Question 8:

If you answered "yes" to Question 7, do you find that WiAutomation's false advertising was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

Question 9:

Has Rockwell proved by a preponderance of the evidence that WiAutomation has engaged in a deceptive trade practice?  If you answered "yes" to Question 1, then you must also select yes as to this question.

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 9, proceed to Question 10.  If you answered "No" to Question 9, proceed to Question 11.

Question 10:

If you answered "yes" to Question 9, do you find that WiAutomation's deceptive trade practice was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

Question 11:

Has Rockwell proved by a preponderance of the evidence WiAutomation engaged in unfair competition?  If you answered "yes" to Question 1, then you must also select yes as to this question.

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to Question 11, proceed to Question 12.  If you answered "No" to Question 11, proceed to Question 13.

Question 12:

If you answered "yes" to Question 11, do you find that WiAutomation's unfair competition was willful?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

If you answered "Yes" to any of Questions 1, 5, 7, or 11, proceed to Question 13. If you answered "No" to all of the Questions 1, 3, 5, 7, 9, and 11, stop and proceed to the last page of this verdict form.

Question 13:

What is the profit to be awarded to Rockwell that WiAutomation received from the sale of Rockwell-branded products as a result of WiAutomation's wrongful conduct?

WiAutomation's profit $ _____

If you answered "Yes" to any of Questions 1, 3, 5, 7, or 9 proceed to Question 14.

Question 14:

What is the amount of compensatory damages that is appropriate to award to Rockwell for WiAutomation's wrongful conduct?

Compensatory Damages $ _____

If you answered "Yes" to any of Question 3 proceed to question 15. If you answered "No" to Question 3 then proceed to Question 16.

Question 15:

If you answered "yes" to Question 3 [counterfeiting], what amount of statutory damages is appropriate to award to Rockwell?

Statutory Damages $ _____

Question 16:

If you answered yes to Question 11 [common law unfair competition claim], and awarded compensatory damages in Question 14, do you wish to award punitive damages to Rockwell for WiAutomation's wrongful conduct?

Yes _____ (for Rockwell)          No _____ (for WiAutomation)

Question 17:

If you answered yes to Question 16, then please enter the amount of punitive damages.

Punitive Damages $_____

_____          _____
Foreperson                                Juror


_____          _____
Juror                                     Juror


_____          _____
Juror                                     Juror


_____          _____
Juror                                     Juror


Date: