**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1238-GBW-JLH |
| | ) |
| PARCOP S.R.L. d/b/a | ) |
| WIAUTOMATION, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT FOLLOWING JURY VERDICT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters this Judgment. By its unanimous verdict on July 28, 2023 (D.I. 338, 339), the jury found Defendant Parcop s.r.l. d/b/a WiAutomation ("Defendant") liable on federal claims of trademark infringement including counterfeiting, false designation of origin and state law claims of deceptive trade practices and unfair competition and that for each of these federal and state law claims Defendant's wrongful conduct was found to be willful.

For monetary awards, the jury found that Rockwell Automation, Inc. ("Plaintiff") was entitled to receive compensatory damages in the amount of $1,052,000.00, statutory damages in the amount of $2,000,000.00 and punitive damages in the amount of $1,000,000.00. IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1

1. Judgment is entered in favor of Plaintiff and against Defendant with respect to willful infringement of Rockwell's trademarks;

2. Judgment is entered in favor of Rockwell and against Defendant with respect to willful counterfeiting of Rockwell's trademarks;

3. Judgment is entered in favor of Rockwell and against Defendant with respect to willful false designation of origin;

4. Judgment is entered in favor of Rockwell and against Defendant with respect to willful deceptive trade practices;

5. Judgment is entered in favor of Rockwell and against Defendant with respect to willful unfair competition;

6. Rockwell is hereby awarded $4,052,000.00 comprised of the jury awards of (i) $1,052,000.00 in compensatory damages, (ii) $2,000,000.00 in statutory damages, and (iii) $1,000,000.00 in punitive damages.

7. Plaintiff is the prevailing party;

8. Pursuant to 28 U.S.C. § 1961, Plaintiff is awarded post-judgment interest on all sums awarded herein at the statutory rate, until the judgment is satisfied; and

9. Injunctive relief, enhanced damages and disgorgement, pre-judgment interest, chargeable costs, additional post-judgment interest, attorneys' fees, and

other monetary and equitable relief, each of which is being sought by Plaintiff, as well as any challenges by Defendant to any of the foregoing, will be addressed in the forthcoming post trial briefing. Judgment will be amended to reflect the Court's award, modification or denial of any damages, enhancement, interest, awards, or relief.

Date: August 14, 2023

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE