**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., Plaintiff, v. PARCOP S.R.L. d/b/a WIAUTOMATION, Defendant. | C.A. No. 21-1238-GBW-JLH |

**WIAUTOMATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b), NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(a), OR REMITTITUR**

Pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, Defendant Parcop s.r.l. d/b/a WiAutomation ("WiAutomation") hereby moves the Court for judgment as a matter of law, for a new trial, or for remittitur.

The grounds for the motions are fully set forth in WiAutomation's Opening Brief, filed contemporaneously herewith.

Dated: September 11, 2023

*Of Counsel*:

Bob Kasolas
Eric J. Boden
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 403-3139
bkasolas@bracheichler.com
eboden@bracheichler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*

Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Maliheh Zare (No. 7133)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
mzare@ycst.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PARCOP S.R.L. d/b/a WIAUTOMATION,<br><br>Defendant. | C.A. No. 21-1238-GBW-JLH |

**[PROPOSED] ORDER**

At Wilmington this _____ day of ______________, 2023, upon consideration of Defendant Parcop S.r.l. d/b/a WiAutomation's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), New Trial Pursuant to Fed. R. Civ. P. 59(a), or Remittitur, and all papers and argument submitted therewith, and the Court having found good grounds for the requested relief, now, therefore IT IS HEREBY ORDERED THAT the motions are GRANTED.

________________________
Honorable Gregory B. Williams
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
skRockwell@shawkeller.com

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
matt.welch@alston.com

Neal J. McLaughlin
Paul Tanck
Christopher L. McArdle
Andrew J. Ligotti
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com
paul.tanck@alston.com
chris.mcardle@alston.com
andy.ligotti@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Maliheh Zare (No. 7133)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
mzare@ycst.com
*Attorneys for Defendant*