# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARCOP S.R.L. d/b/a WIAUTOMATION, ) <br> ) <br> Defendant. ) | C.A. No. 21-1238-GBW-JLH |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Parcop S.R.L. d/b/a WiAutomation requests oral argument on the following motions: 1) WiAutomation's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), New Trial Pursuant to Fed. R. Civ. P. 59(a), or Remittitur (D.I. 344) and 2) Rockwell Automation, Inc.'s Motion for Post-Trial Relief (D.I. 347). Briefing on these motions was completed on October 10, 2023. (*See* D.I. 359, 360.)

| | |
|---|---|
| Dated: October 17, 2023 <br><br> *Of Counsel*: <br><br> Bob Kasolas <br> Eric J. Boden <br> BRACH EICHLER, LLC <br> 101 Eisenhower Parkway <br> Roseland, NJ 07068 <br> (973) 403-3139 <br> bkasolas@bracheichler.com <br> eboden@bracheichler.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> */s/ Alexis N. Stombaugh* <br> Pilar G. Kraman (No. 5199) <br> Alexis N. Stombaugh (No. 6702) <br> Maliheh Zare (No. 7133) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> astombaugh@ycst.com <br> mzare@ycst.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO
& HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
skRockwell@shawkeller.com

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
matt.welch@alston.com

Neal J. McLaughlin
Paul Tanck
Christopher L. McArdle
Andrew J. Ligotti
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com
paul.tanck@alston.com
chris.mcardle@alston.com
andy.ligotti@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Maliheh Zare (No. 7133)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
mzare@ycst.com
*Attorneys for Defendant*