# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARCOP S.R.L. d/b/a WIAUTOMATION, <br><br> Defendant. | Civil Action No. 21-1238-GBW |

## ORDER

At Wilmington this 4th day of June, 2024, consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that WiAutomation's motions for judgment as a matter of law and for a new trial are **DENIED**, that WiAutomation's motion for remittitur is **GRANTED-IN-PART** as set forth in the opinion accompanying this order, that Rockwell's motions for a permanent injunction and for treble damages are **GRANTED**, that Rockwell's motion for disgorgement of profits is **GRANTED-IN-PART** as set forth in the opinion accompanying this order, and that Rockwell's motions for attorneys' fees and for pre-judgment interest are **DENIED. IT IS FURTHER ORDERED** that, by no later than June 17, 2024, the parties shall meet and confer and submit a joint proposed final judgment order including any elections that remain to be made. The Court is issuing the accompanying opinion under seal, as portions of the parties' briefing was sealed. *See* D.I. 355. **IT IS FURTHER ORDERED** that, by no later than June 17, 2024, the parties shall file a proposed redacted version of the accompanying opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *See In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cr. 2019) (internal quotations omitted). If

the parties do not file a proposed redacted version and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the opinion will be unsealed in whole or in part.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE