IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1238-GBW-JLH |
| ) | |
| PARCOP S.R.L. d/b/a ) | |
| WIAUTOMATION, ) | |
| ) | |
| Defendant. ) | |

**PERMANENT INJUNCTION ORDER**

**IT IS HEREBY ORDERED** that Defendant and its officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with Defendant are hereby **PERMANENTLY RESTRAINED AND ENJOINED** from:

   a. Manufacturing or causing to be manufactured, importing or causing to be imported, advertising, circulation, promoting, distributing, selling or offering to sell goods or services using the asserted trademarks owned by Rockwell, ALLEN-BRADLEY®, A-B®, ROCKWELL AUTOMATION®, and/or CONTROLLOGIX® (the "Marks"), or any non-genuine or unauthorized copy of the Marks, a mark that is substantially indistinguishable from the Marks;

   b. Imitating, copying, or making unauthorized use of the Marks or any marks confusingly similar thereto;

   c. Using the Marks, or any non-genuine or unauthorized copy of the Marks, or a mark that is substantially indistinguishable from the Marks, in connection with the sale of any goods;

   d. Using any word, description, term, name, symbol, phrase, advertisement, promotion, logo and/or layout that may falsely designate the origin of goods or services of Defendant offered for sale or sold via:

> any means, or any brick-and-mortar business or store, or any website, including but not limited to Defendant's website in the United States or accessible in the United States, or any e-commerce trade conducted on a social media website,

as being sponsored by, authorized by, endorsed by, affiliated with, or in any way associated with Rockwell;

e. Using any word, description, term, name, symbol, phrase, advertisement, promotion, logo and/or layout that may cause confusion as to Defendant's affiliation, connection, or association with Rockwell;

f. Using any word, description, term, name, symbol, phrase, advertisement, promotion, logo and/or layout that may cause confusion as to endorsement or approval by Rockwell of the goods or services of Defendant;

g. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation as to origin, including words or other symbols tending to falsely describe or represent any goods or services of Defendant offered for sale or sold via:

> any means, or any brick-and-mortar business or store, or any website, including but not limited to Defendant's website in the United States or accessible in the United States, or any e-commerce trade conducted on a social media website,

as being sponsored by, authorized by, endorsed by, affiliated with, or in any way associated with Rockwell.

**IT IS FURTHER ORDERED** that:

1. Defendant shall file and serve on Rockwell within thirty (30) days after the entry of this injunction, a written report sworn under oath setting forth in detail the manner and form in which Defendant has complied with the terms of the injunction; and

2. Counsel for Rockwell shall forthwith cause a copy of this Permanent Injunction to be served upon Defendant by regular mail at the last known address of Defendant and via electronic notice, or alternatively, by personal service, and to certify, by Affidavit of Service, that counsel for Rockwell has done so.

Date: June 18, 2024

_____
THE HONORABLE GREGORY WILLIAMS
United States District Court Judge