IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARCOP S.R.L. d/b/a WIAUTOMATION, <br><br> Defendant. | C.A. No. 21-1238-GBW-JLH |

## FINAL JUDGMENT

This June 18, 2024 Final Judgment amends the Judgment Following Jury Verdict entered on August 14, 2023 (D.I. 342).

The Court having held a jury trial, the jury having rendered a unanimous verdict on July 28, 2023 (D.I. 338, 339), and the Court having issued its Memorandum and Order resolving the parties' post-trial motions on June 4, 2024 (D.I. 365, 366), pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of plaintiff Rockwell Automation, Inc. ("Plaintiff") and against defendant Parcop s.r.l. d/b/a WiAutomation ("Defendant") with respect to willful infringement of Plaintiff's trademarks;

2. Judgment is entered in favor of Plaintiff and against Defendant with

respect to willful counterfeiting of Plaintiff's trademarks;

3. Judgment is entered in favor of Plaintiff and against Defendant with respect to willful false designation of origin;

4. Judgment is entered in favor of Plaintiff and against Defendant with respect to willful deceptive trade practices;

5. Judgment is entered in favor of Plaintiff and against Defendant with respect to willful unfair competition;

6. Rockwell is hereby awarded $8,983,646.94 comprised of (i) trebled compensatory damages of $3,156,000.00, (ii) $2,000,000.00 in statutory damages, and (iii) $3,827,646.94 in disgorgement through the July 28, 2023 jury verdict.

7. Plaintiff's deadline to move for costs is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court on all appeals.

8. Pursuant to 28 U.S.C. § 1961, Plaintiff is awarded post judgment interest on all sums awarded herein, which will accrue from the date this Final Judgment is entered at the rate of 5.34%, compounded annually, until the judgment is satisfied;

9. A permanent injunction is entered concurrently with this Order.

10. This Final Judgment starts the time for filing any appeal.

Date: June 18, 2024

_____
THE HONORABLE GREGORY WILLIAMS
United States District Court Judge