IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1238-GBW-JLH |
| | ) | |
| PARCOP S.R.L. d/b/a | ) | |
| WIAUTOMATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF CROSS-APPEAL</u>**

NOTICE IS HEREBY GIVEN that Rockwell Automation Inc. ("Rockwell") appeals to the

United States Court of Appeals for the Third Circuit from the District Court's July 12, 2023

Memorandum Order (D.I. No. 304), its July 26, 2023 and July 27, 2023 Oral Orders at trial

regarding the Flame Networks presentation, its June 4, 2024 Memorandum Opinion (D.I. No. 365),

its June 4, 2024 Order (D.I. No. 366), as well as any and all other decisions, rulings, orders,

findings, and/or conclusions that were adverse to Rockwell.

<table>
<tr>
<td></td>
<td>

*/s/ Andrew E. Russell*<br>
John W. Shaw (No. 3362)
</td>
</tr>
<tr>
<td>

OF COUNSEL:<br>
Paul Tanck<br>
Neal J. McLaughlin<br>
Christopher L. McArdle<br>
Andrew J. Ligotti<br>
ALSTON & BIRD LLP<br>
90 Park Avenue<br>
New York, NY 10016<br>
(212) 210-9400<br>
<br>
Dated: July 22, 2024
</td>
<td>

Andrew E. Russell (No. 5382)<br>
Emily S. DiBenedetto (No. 6779)<br>
SHAW KELLER LLP<br>
I.M. Pei Building<br>
1105 North Market Street, 12th Floor<br>
Wilmington, DE 19801<br>
(302) 298-0700<br>
jshaw@shawkeller.com<br>
arussell@shawkeller.com<br>
edibenedetto@shawkeller.com<br>
*Attorneys for Rockwell Automation, Inc.*
</td>
</tr>
</table>